UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
MARY K. JONES, Individually and on Behalf of All
Others Similarly Situated,

                      Plaintiff,

   -against-

PFIZER, INC; HENRY A. McKINNELL; JEFFREY B.
KINDLER; FRANK D'AMELIO; DAVID L.
SHEDLARZ; ALAN G. LEVIN; IAN C. READ,

                      Defendants.
------------------------------------------------------------------ X

**SUMMARY ORDER
APPOINTING LEAD
PLAINTIFF**

10 Civ. 3864 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/10

ALVIN K. HELLERSTEIN, U.S.D.J.:

On November 3, 2010, proposed lead plaintiffs Stichting Philips Pensioenfonds ("Philips Pensioenfonds") and the investor group comprised of Oklahoma Firefighters Pension and Retirement System and Union Asset Management Holding AG ("Oklahoma Firefighters and Union") appeared before me for oral argument on their competing motions for appointment as lead plaintiff pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3).[1] For the reasons stated on the record, I grant Philips Pensioenfonds' motion for appointment as lead plaintiff and deny Oklahoma Firefighters and Union's competing motion. Moreover, I approve Philips Pensioenfonds' selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the proposed plaintiff class. Although I deny Oklahoma Firefighters and Union's motion for approval of their chosen counsel as co-lead counsel for the class, I suggest that Robbins Geller

---

[1] Although individual investors Martin Meister, Paul Meister, and Carol Meister moved as a group for appointment as lead plaintiff, they withdrew their motion by notice filed on November 1, 2010, and did not appear for oral argument.

1

Rudman & Dowd LLP consider incorporating into their litigating group the attorneys who represent Oklahoma Firefighters and Union, to the extent that such cooperation would enhance the efficiency of this litigation without duplicating efforts or causing undue expense.

Philips Pensioenfonds should submit a stipulation and proposed order for the court's approval by November 12, 2010, setting forth a deadline for plaintiffs to amend their complaint and for defendants to answer or otherwise respond.

The Clerk shall mark the motions (Doc. Nos. 8, 11, 15) terminated.

SO ORDERED.

Dated: November 4, 2010
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge