UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/12

―――――――――――――――――――――――― x
MARY K. JONES, Individually and on Behalf : Civil Action No. 1:10-cv-03864-AKH
of All Others Similarly Situated,           :
                                            : CLASS ACTION
                        Plaintiff           :
                                            : [PROPOSED CONFORMED] ORDER
    vs.                                     : GRANTING PLAINTIFFS' MOTION FOR
                                            : CLASS CERTIFICATION
PFIZER INC., et al.,                        :
                                            :
                        Defendants.         :
                                            :
―――――――――――――――――――――――― x

697621_1

After considering the memoranda submitted by the parties, the evidence presented, other papers filed in this action and the arguments of counsel, the Court finds as follows:

1. This Court has subject matter jurisdiction over this action under 28 U.S.C. §1332(a)(3).

2. Lead Plaintiff Stichting Philips Pensioenfonds ("Philips"), and named plaintiff Mary K. Jones individually and as trustee of the Mary K. Jones Revocable Trust ("Jones"), are hereby certified to represent a plaintiff class defined as:

> All persons who purchased domestically or purchased on domestic exchanges Pfizer common stock between 1/19/06 and 1/23/09, inclusive, and were damaged thereby, excluding defendants and their families, directors and officers of Pfizer, and their families and affiliates.

3. The Class is so numerous that joinder of all members is impracticable.

4. There are questions of law or fact common to the Class.

5. The claims of Philips and Jones are typical of the claims of the members of the Class.

6. Philips and Jones will fairly and adequately protect the interests of the members of the Class.

7. The questions of law or fact common to the members of the Class predominate over any questions affecting only individual members of the Class.

8. A class action is superior to the other available methods for a fair and efficient adjudication of this controversy.

9. Lead Counsel Robbins Geller Rudman & Dowd LLP is qualified to serve as counsel in this litigation for Philips and Jones in their individual and representative capacities and for the Class described above.

697621_1

Good cause appearing therefore,

IT IS HEREBY ORDERED that Philips and Jones are certified to represent the Class defined above, and this action shall proceed as a class action. Robbins Geller Rudman & Dowd LLP is appointed as class counsel.

IT IS SO ORDERED.

DATED: 3-29-12

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE