```
USDC SNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY K. JONES, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

v.

PFIZER INC., et al.,

   Defendants.

Civil Action No. 1:10-cv-03864-AKH

Hon. Alvin K. Hellerstein

## ~~PROPOSED~~ CASE MANAGEMENT ORDER

The following deadlines shall govern expert discovery and summary judgment briefing in this Action:

1. Plaintiffs shall designate their experts and provide a brief description of what they will testify to no later than March 21, 2014;

2. Defendants shall designate their experts and provide a brief description of what they will testify to no later than April 25, 2014;

3. ~~Plaintiffs shall designate their rebuttal experts, if any, and provide a brief description of what they will testify to no later than May 22, 2014;~~ [initialed AKH]

4. Plaintiffs shall submit reports for their designated experts as required by Fed. R. Civ. P. 26 no later than June 10, 2014;

5. Defendants shall submit reports for their designated experts as required by Fed. R. Civ. P. 26 no later than July 15, 2014;

6. The parties shall complete expert discovery no later than August 29, 2014;

917073_1

(ADH) Core Management Cnf. Sep. 12, 2014, 10:00 a.m.

7.   ~~Summary judgment motions are due October 9, 2014;~~

8.   Oppositions to summary judgment motions are due November 14, 2014; and

9.   ~~Replies in support of~~ summary judgment motions are due December 12, 2014.

SO ORDERED:

*/s/ Alvin K. Hellerstein*
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

2-21-14

917073_1                                2