USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
MARY K. JONES, Individually and on Behalf : Civil Action No. 1:10-cv-03864-AKH
of All Others Similarly Situated, :
: CLASS ACTION
                       Plaintiff :
: [PROPOSED] ORDER FOR JOINT
vs. : MOTION TO FILE UNDER SEAL
:
PFIZER INC., et al., :
:
                       Defendants. :
---------------------------------------------------------------- x

869406_1

Having considered the parties' Joint Motion to File Under Seal, and good causing appearing therefore, the Court hereby GRANTS the motion

The parties' Joint Letter dated August 29, 2013 and Exhibits B and E thereto, SHALL BE MAINTAINED UNDER SEAL, subject to further order of this Court.

\* \* \*

ORDER *The clerk shall mark the motion (Doc. No. 180) terminated.*

IT IS SO ORDERED.

DATED: 3/26/13

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

- 1 -