UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
MARY K. JONES, Individually and on Behalf : Civil Action No. 1:10-cv-03864-AKH
of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
          Plaintiff :
: [PROPOSED] JOINT PRETRIAL ORDER
     vs. :
:
PFIZER INC., HENRY A. McKINNELL, :
JEFFREY B. KINDLER, FRANK :
D'AMELIO, ALAN G. LEVIN, IAN C. :
READ, and ALLEN WAXMAN, :
:
          Defendants. :
:
———————————————————————— x

989601_1

The parties to the above-captioned action respectfully submit this [Proposed] Joint Pretrial Order pursuant to the Court's Individual Rules of Practice in advance of the trial set for January 26, 2015:

**I.    CAPTION**

The full caption of the instant action is set forth above.

**II.   TRIAL COUNSEL**

The names, addresses (including firm names), e-mail addresses and telephone, and facsimile numbers of trial counsel are appended hereto as Exhibit A.

**III.  SUBJECT MATTER JURISDICTION**

The claims asserted arise under §§10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act"), 15 U.S.C. §§78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder by the SEC, 17 C.F.R. §240.10b-50.  Subject matter jurisdiction is appropriate pursuant to §27 of the 1934 Act, 15 U.S.C. §78aa, and 28 U.S.C. §1331.  Defendants do not dispute subject matter jurisdiction.

**IV.   SUMMARY OF CLAIMS AND DEFENSES**

A brief summary of the claims and defenses to be tried, without recital of evidentiary matter but including citations to all statutes and cases relied on, are appended hereto as Exhibit B (Statement of Claims by Plaintiffs) and Exhibit C (Statement of Defenses by Defendants).

**V.    PLEADINGS**

A copy of the pleadings showing, for each claim and defense, the admissions and denials in this action; and which claims or defenses have been withdrawn or previously determined are appended hereto as Exhibit B.1 (the Answer marked by Plaintiffs) and C.1 (the Complaint marked by Defendants).

## VI.   JURY TRIAL

The parties agree that the case will be tried by a jury, and that each side (*i.e.*, Plaintiffs (combined) and Defendants (combined)) should be allotted the same amount of trial time. The parties disagree on the number of jurors to be seated and the number of trial days, as follows:

### A.   Plaintiffs' Position

Plaintiffs propose that this case be tried by a jury of nine jurors. Plaintiffs ask that the Court impose a limit of 60 hours per side, including opening statements, direct examination of witnesses, cross-examination of witnesses, Plaintiffs' rebuttal case (if any), closing arguments and Plaintiffs' rebuttal argument. Assuming six-hour days, the trial would require 20 Court days. Plaintiffs believe that their proposed time limits are reasonable and will promote efficiency by both sides.

### B.   Defendants' Position

Defendants propose that this case be tried by a jury of twelve jurors. As to the length of the trial, the Court has already determined that issue; the Court has stated (and Defendants agree) that a two- to three-week trial, sitting four days a week, is appropriate. 7/7/2014 Tr. 7:10; *id.* at 33:14-19. Defendants therefore request that the case be tried in ten (10) trial days. Assuming 4.5 hours of trial time each day (based on the Court's standard start/stop times and breaks), for a total of 45 trial hours, the Court should impose a limit of 22.5 hours per side, including opening statements, direct examination of witnesses, cross-examination of witnesses, Plaintiffs' rebuttal case (if any), closing arguments and Plaintiffs' rebuttal argument.

## VII.   TRIAL BY MAGISTRATE JUDGE

The parties have not consented to trial of this case by a magistrate judge.

## VIII.   STIPULATION OF FACTS

All stipulations and agreed statements of fact and law are appended hereto as Exhibit D. The undisputed facts are stipulated to be true and as to which proof is accordingly unnecessary. The

inclusion of facts in this statement shall not be deemed a concession by any party as to the relevance of those facts.

## IX. WITNESSES

The parties' witness lists and an indication of whether such witnesses will testify in person or by deposition, along with the precise portions of deposition transcripts intended to be introduced along with any cross-designations and objections by any of the parties are appended hereto as Exhibit B.2 (Plaintiffs' witnesses), Exhibit B.3 (Plaintiffs' objections), C.2 (Defendants' witnesses), and Exhibit C.3 (Defendants' objections).

## X. EXHIBITS

The parties' exhibit lists are appended hereto as Exhibit B.4 (Plaintiffs' Exhibits marked by numbers) and C.4 (Defendants' Exhibits marked by letters). Exhibits which no party objects to on the grounds of authenticity are noted by an (*) and exhibits which no party objects to on any ground are marked with a (**).

DATED: January 2, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
MICHAEL J. DOWD
HENRY ROSEN
TRIG R. SMITH
JASON A. FORGE
RYAN A. LLORENS
IVY T. NGO

    s/ MICHAEL J. DOWD
    MICHAEL J. DOWD

- 3 -
989601_1

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
miked@rgrdlaw.com
henryr@rgrdlaw.com
trigs@rgrdlaw.com
jforge@rgrdlaw.com
ryanl@rgrdlaw.com
ingo@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
WILLOW E. RADCLIFFE
DANIEL J. PFEFFERBAUM
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
willowr@rgrdlaw.com
dpfefferbaum@rgrdlaw.com
mmelamed@rgrdlaw.com

Lead Counsel for Plaintiffs

DATED: January 2, 2015

WILLIAMS & CONNOLLY LLP
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
AMANDA M. MACDONALD
LAUREN K. COLLOGAN
JASON WU

- 4 -

989601_1

                                                                                           s/ JOSEPH G. PETROSINELLI
                                                                                              JOSEPH G. PETROSINELLI

725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202/434-5416
202/434-5029 (fax)
jpetrosinelli@wc.com
sfarina@wc.com
amacdonald@wc.com
lcollogan@wc.com
jwu@wc.com

Counsel for Defendant Pfizer Inc.

DATED: January 2, 2015                O'MELVENY & MYERS LLP
                                                     ROSS B. GALIN
                                                     STUART SARNOFF
                                                     HOWARD E. HEISS

                                                                                                 s/ ROSS B. GALIN
                                                                                                   ROSS B. GALIN

7 Times Square
New York, NY 10036
Telephone: 212/326-4307
212/326-2061 (fax)
rgalin@omm.com
ssarnoff@omm.com
hheiss@omm.com

Counsel for Defendant Allen Waxman

DATED: January 2, 2015                DAVIS POLK & WARDWELL LLP
                                                     JAMES P. ROUHANDEH
                                                     CHARLES S. DUGGAN
                                                     GREG D. ANDRES
                                                     SIDNEY BASHAGO
                                                     JULIANA N. MURRAY

|  |  |
|---|---|
|  | s/ JAMES P. ROUHANDEH |
|  | JAMES P. ROUHANDEH |

450 Lexington Avenue
New York, NY 10017
Telephone:  212/450-4000
212/701-5835 (fax)
rouhandeh@davispolk.com
charles.duggan@davispolk.com
greg.andres@davispolk.com
sidney.bashago@davispolk.com
juliana.murray@davispolk.com

Counsel for Defendant Jeffrey B. Kindler

DATED:  January 2, 2015        QUINN EMANUEL URQUHART
                                  & SULLIVAN, LLP
                               MICHAEL B. CARLINSKY
                               SHEILA L. BIRNBAUM
                               BRANT D. KUEHN


                               s/ MICHAEL B. CARLINSKY
                               MICHAEL B. CARLINSKY

51 Madison Avenue, 22nd Floor
New York, NY 1001
Telephone:  212/849-7000
212/849-7100 (fax)
michaelcarlinsky@quinnemanuel.com
sheilabirnbaum@quinnemanuel.com
brantkuehn@quinnemanuel.com

QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
Lori McGill
777 6th Street NW, 11th Floor
Washington, DC 20001
Telephone:  202/538-8000
202/538-8100 (fax)
lorialvinomcgill@quinnemanuel.com

Counsel for Defendant Ian C. Read

989601_1

| | |
|---|---|
| DATED:  January 2, 2015 | GOODWIN PROCTER LLP<br>RICHARD M. STRASSBERG<br>DANIEL P. ROESER<br>MEGHAN K. SPILLANE |

s/ RICHARD M. STRASSBERG
RICHARD M. STRASSBERG

The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: 212/813-8800
212/355-3333 (fax)
Rstrassberg@goodwinprocter.com
Droeser@goodwinprocter.com
Mspillane@goodwinprocter.com

Counsel for Defendant Frank D'Amelio

| | |
|---|---|
| DATED:  January 2, 2015 | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>JAY B. KASNER<br>GARY J. HACKER<br>ALEXANDER C. DRYLEWSKI |

s/ JAY B. KASNER
JAY B. KASNER

Four Times Square
New York, NY 10036
Telephone:  212/735-3000
212/735-2000 (fax)
jay.kasner@skadden.com
gary.hacker@skadden.com
alexander.drylewski@skadden.com

Counsel for Defendant Alan G. Levin

| | |
|---|---|
| DATED:  January 2, 2015 | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>SCOTT D. MUSOFF |

- 7 -

                s/ SCOTT D. MUSOFF
                SCOTT D. MUSOFF

Four Times Square
New York, New York 10036
Telephone: 212/735-3000
212/735-2000 (fax)
scott.musoff@skadden.com

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Jennifer L. Spaziano
Michael S. Bailey
1440 New York Avenue NW
Washington, DC  20005
Telephone:  202/371-7000
202/393-5760 (fax)
jen.spaziano@skadden.com
michael.bailey@skadden.com

Counsel for Defendant Henry McKinnell

    \*    \*    \*

## O R D E R

IT IS SO ORDERED.

DATED: _____
                                            THE HONORABLE ALVIN K. HELLERSTEIN
                                            UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 2, 2015.

s/ MICHAEL J. DOWD
MICHAEL J. DOWD

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail: miked@rgrdlaw.com

994783_1

# Mailing Information for a Case 1:10-cv-03864-AKH

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Scott Bailey**
  michael.bailey@skadden.com

- **Sidney Bashago**
  sidney.bashago@dpw.com,jennifer.kan@davispolk.com,ecf.ct.papers@davispolk.com

- **Sheila L. Birnbaum**
  sheilabirnbaum@quinnemanuel.com

- **George Anthony Borden**
  gborden@wc.com

- **Kevin Anthony Burke**
  kaburke@sidley.com,nyefiling@sidley.com,efilingnotice@sidley.com

- **Michael Barry Carlinsky**
  michaelcarlinsky@quinnemanuel.com,brantkuehn@quinnemanuel.com,jomairecrawford@quinnemanuel.com

- **Lauren Kristina Collogan**
  lcollogan@wc.com

- **Keir Nicholas Dougall**
  kdougall@dougallpc.com

- **Michael Joseph Dowd**
  miked@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com,e_file_sf@rgrdlaw.com

- **Alexander C Drylewski**
  alexander.drylewski@skadden.com

- **Charles S. Duggan**
  charles.duggan@dpw.com,ecf.ct.papers@davispolk.com

- **Steven M.. Farina**
  sfarina@wc.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Ross Bradley Galin**
  rgalin@omm.com,mochoa@omm.com,neverhart@omm.com,lisachen@omm.com

- **Gary John Hacker**
  ghacker@skadden.com

- **James R. Harper**
  coljamesrharper@me.com

- **Howard E. Heiss**
  hheiss@omm.com,#nymanagingattorney@omm.com

- **Paul T. Hourihan**
  phourihan@wc.com

- **James M. Hughes**
  jhughes@motleyrice.com,kweil@pacernotice.com,mgruetzmacher@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jay B. Kasner**
  jkasner@skadden.com

- **Joe Kendall**
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com,hlindley@kendalllawgroup.com

- **Brant Duncan Kuehn**
  brantkuehn@quinnemanuel.com

- **Leigh R. Lasky**
  lasky@laskyrifkind.com

- **Hamilton Philip Lindley**
  hlindley@deanslyons.com

- **Ryan A. Llorens**
  ryanl@rgrdlaw.com,nbear@rgrdlaw.com,kirstenb@rgrdlaw.com

- **Amanda M. MacDonald**
  amacdonald@wc.com

- **Lori McGill**
  lorialvinomcgill@quinnemanuel.com

- **Matthew Melamed**
  mmelamed@rgrdlaw.com

- **Donald Alan Migliori**
  dmigliori@motleyrice.com

- **Eugene Mikolajczyk**
  genem@rgrdlaw.com

- **Seema Mittal**
  smittal@wc.com

- **Cynthia Margaret Monaco**
  cmonaco@cynthiamonacolaw.com,cmmonaco@gmail.com

- **Juliana Newcomb Murray**
  juliana.murray@davispolk.com,lisa.hirakawa@davispolk.com,ecf.ct.papers@davispolk.com

- **Scott D. Musoff**
  smusoff@skadden.com

- **Danielle Suzanne Myers**
  dmyers@rgrdlaw.com

- **William H. Narwold**
  bnarwold@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- **Ivy T. Ngo**
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Joseph G. Petrosinelli**
  jpetrosinelli@wc.com

- **Willow E. Radcliffe**
  willowr@rgrdlaw.com,ptiffith@rgrdlaw.com

- **Joseph F. Rice**
  jrice@motleyrice.com

- **Darren J. Robbins**
  e_file_sd@rgrdlaw.com

- **Daniel Prugh Roeser**
  droeser@goodwinprocter.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Michael Sarnoff**
  ssarnoff@omm.com

- **William E. Schurmann**
  wschurmann@wc.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Jennifer Lynn Spaziano**
  jen.spaziano@skadden.com

- **Meghan K. Spillane**
  mspillane@goodwinprocter.com,sewald@goodwinprocter.com,ttam@goodwinprocter.com

- **Richard Mark Strassberg**
  rstrassberg@goodwinprocter.com,nymanagingclerk@goodwinprocter.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com

- **John K. Villa**
  jvilla@wc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel              E. Hill
Kendall Law Group, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Catherine           J. Kowalewski
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Jamie               J. McKey
Kendall Law Group, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

David               C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West  Broadway
Suite  1900
San Diego, CA 92101
```