# EXHIBIT A

| Party | Attorney Representing |
|---|---|
| Lead Plaintiff and Class Representative Stichting Philips Pensioenfonds, Class Representative Mary K. Jones and the Class | ROBBINS GELLER RUDMAN & DOWD LLP<br>Michael J. Dowd<br>Henry Rosen<br>Trig R. Smith<br>Jason A. Forge<br>Ryan A. Llorens<br>Ivy T. Ngo<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>miked@rgrdlaw.com<br>henryr@rgrdlaw.com<br>trigs@rgrdlaw.com<br>jforge@rgrdlaw.com<br>ryanl@rgrdlaw.com<br>ingo@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN & DOWD LLP<br>Willow E. Radcliffe<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA  94104<br>Telephone:  415/288-4545<br>415/288-4534 (fax)<br>willowr@rgrdlaw.com |
| Defendant Pfizer Inc. | WILLIAMS & CONNOLLY LLP<br>Joseph G. Petrosinelli<br>Steven M. Farina<br>Amanda M. MacDonald<br>Lauren K. Collogan<br>Jason Wu<br>725 Twelfth Street, N.W.<br>Washington, D.C.  20005<br>Telephone: (202) 434-5416<br>Facsimile: (202) 434-5029<br>jpetrosinelli@wc.com<br>sfarina@wc.com<br>amacdonald@wc.com<br>lcollogan@wc.com<br>jwu@wc.com |
| Defendant Frank D'Amelio | GOODWIN PROCTER LLP<br>Richard M. Strassberg<br>Daniel P. Roeser<br>Meghan K. Spillane<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018 |

989718_1

| Party | Attorney Representing |
|---|---|
|  | Telephone: (212) 813-8800<br>Facsimile: (212) 355-3333<br>rstrassberg@goodwinprocter.com<br>droeser@goodwinprocter.com<br>mspillane@goodwinprocter.com |
| Defendant Jeffrey B. Kindler | DAVIS POLK & WARDWELL LLP<br>James P. Rouhandeh<br>Charles S. Duggan<br>Greg D. Andres<br>Sidney Bashago<br>Juliana N. Murray<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5835<br>rouhandeh@davispolk.com<br>charles.duggan@davispolk.com<br>greg.andres@davispolk.com<br>sidney.bashago@davispolk.com<br>juliana.murray@davispolk.com |
| Defendant Alan G. Levin | SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Jay B. Kasner<br>Gary J. Hacker<br>Alexander C. Drylewski<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>jay.kasner@skadden.com<br>gary.hacker@skadden.com<br>alexander.drylewski@skadden.com |
| Defendant Henry McKinnell | SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Scott D. Musoff<br>Four Times Square<br>New York, New York 10036<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br>scott.musoff@skadden.com<br><br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Jennifer L. Spaziano<br>Michael S. Bailey<br>1440 New York Avenue NW<br>Washington, DC  20005 |

989718_1

| Party | Attorney Representing |
|---|---|
| | Telephone: (202) 371-7000<br>Facsimile: (202) 393-5760<br>jen.spaziano@skadden.com<br>michael.bailey@skadden.com |
| Defendant Ian C. Read | QUINN EMANUEL URQUHART<br>    & SULLIVAN, LLP<br>Michael B. Carlinsky<br>Sheila L. Birnbaum<br>Brant D. Kuehn<br>51 Madison Avenue, 22nd Floor<br>New York, N.Y. 1001<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>michaelcarlinsky@quinnemanuel.com<br>sheilabirnbaum@quinnemanuel.com<br>brantkuehn@quinnemanuel.com<br><br>QUINN EMANUEL URQUHART<br>    & SULLIVAN, LLP<br>Lori McGill<br>777 6th Street NW, 11th Floor<br>Washington, DC 20001<br>Telephone: (202) 538-8000<br>Facsimile: (202) 538-8100<br>lorialvinomcgill@quinnemanuel.com |
| Defendant Allen Waxman | O'MELVENY & MYERS LLP<br>Ross B. Galin<br>Stuart Sarnoff<br>Howard E. Heiss<br>7 Times Square<br>New York, New York 10036<br>Telephone: (212) 326-4307<br>Facsimile: (212) 326-2061<br>rgalin@omm.com<br>ssarnoff@omm.com<br>hheiss@omm.com |

989718_1