EXHIBIT B.2

## PLAINTIFFS' WITNESS LIST

Plaintiffs hereby submit their Witness List pursuant to the Court's Pretrial Procedures. Plaintiffs' Motion for Partial Summary Judgment on Defendants' Reliance on Advice of Counsel and Good Faith Defenses is pending before the Court and motions *in limine* were filed on December 10, 2014.  The Court's rulings on these motions may affect the witnesses that plaintiffs will call to testify at trial.  Plaintiffs reserve the right to remove witnesses from their list or to add other witnesses, as necessary.  Plaintiffs also reserve the right to call additional witnesses in rebuttal to evidence or testimony offered by defendants.  However, at this time, plaintiffs intend to call the following witnesses in their case-in-chief:

**A.** **<u>LIVE WITNESSES</u>**

1. Maria C. Abelardo

2. Alex Alvarez

3. Steven Arriaga

4. Jerry Avorn, M.D.

5. Christopher F. Baum

6. BlackRock, Inc. Custodian of Records

7. Dennis Block

8. Larry Bradley

9. Paul Brockie

10. Edward J. Buthusiem

11. Cadwalader, Wickersham & Taft LLP Custodian of Records

12. Loretta V. Cangialosi

13. Gail Cawkwell

14.    John Chapman

15.    Kim Dadlani

16.    Frank D'Amelio

17.    Christopher Dowd

18.    Kathleen Dowd

19.    Steven P. Feinstein, Ph.D.

20.    Lawrence Fox

21.    Michael Gavigan

22.    James Gibney

23.    Alan Greensmith

24.    Nicholas P. Jewell, Ph.D.

25.    Mary K. Jones

26.    J. Patrick Kelly

27.    Jeffrey B. Kindler

28.    Douglas Lankler

29.    Alan Levin

30.    Lisa Levy

31.    Antony Loebel

32.    Henry McKinnell

33.    Charles Mooney

34.    Kevin L. O'Brien

35.    Brien O'Connor

36.    Roger Otten

37.     Pfizer Inc. Custodian of Records

38.     Christian Porto

39.     Ian C. Read

40.     D. Paul Regan

41.     Meredith B. Rosenthal, Ph.D.

42.     State Street Global Services Custodian of Records

43.     Allen Waxman

44.     Mark Westlock

**B.      WITNESSES WHO WILL TESTIFY BY DEPOSITION**

1.      James Bristow

2.      Mark Brown

3.      Richard Burch

4.      Robert Clark

5.      Hugh Donnelly

6.      Bruce Fleischmann

7.      Jake Friedman

8.      Daniel Hanson

9.      John Kopchinski[1]

10.     Mary Holloway

11.     Dee Mahoney

---

[1]     The parties are currently discussing a potential agreement regarding deposition excerpts and/or a stipulation for witness John Kopchinski.

The precise portion of the deposition transcripts plaintiffs intend to be introduced at trial together with plaintiffs' cross-designations to defendants' deposition designations are attached hereto as Exhibit 1.  Plaintiffs' objections to defendants' cross-designations are being submitted simultaneously in Exhibit B.3.

990650_1

# EXHIBIT 1

# Plaintiffs' Deposition Designations and Cross-Designations for Trial

**<u>James Bristow</u>**

| |
|---|
| 6:1-11 |
| 6:21-7:11 |
| 33:22-34:16 |
| 57:6-58:7 |

1

**Mark Brown**

| |
|---|
| 18:1-4 |
| 19:23-21:4 |
| 21:21-22:6 |
| 26:12-27:3 |
| 28:6-13 |
| 33:3-21 |
| 37:14-39:19 |
| 40:25-41:24 |
| 42:2-7 |
| 42:19-43:19 |
| 43:23-44:1 |
| 44:14-45:3 |
| 45:8-23 |
| 46:1-3 |
| 46:5-8 |
| 46:12-47:12 |
| 47:16-22 |
| 48:2-49:2 |
| 49:15-50:5 |
| 51:2-52:1 |
| 52:6-17 |
| 53:4-24 |
| 54:2-55:4 |
| 55:10-22 |
| 56:13-58:24 |
| 59:3-22 |
| 62:13-63:1 |
| 63:4-24 |
| 64:21-65:8 |
| 65:12-16 |
| 65:22-66:8 |
| 67:3-8 |
| 67:24-25 |
| 68:11-69:2 |
| 69:11-70:6 |
| 70:16-71:7 |
| 72:5-7 |
| 72:20-73:11 |
| 73:22-74:17 |
| 74:21-23 |
| 88:2-7 |
| 89:15-90:1 |
| 92:7-9 |

994732_1

| |
|---|
| 92:13-19 |
| 92:17-19 |
| 96:2-18 |
| 97:9-18 |
| 97:23-98:14 |
| 98:23-99:1 |
| 99:15-100:17 |
| 101:14-102:4 |
| 102:20-103:17 |
| 104:11-13 |
| 104:21-105:6 |
| 105:13-21 |
| 105:23-106:21 |
| 107:15-108:5 |
| 109:3-6 |
| 109:15-110:6 |
| 110:19-25 |
| 112:3-19 |
| 113:3-10 |
| 113:17-114:2 |
| 117:22-118:23 |
| 119:5-120:3 |
| 120:6-10 |
| 127:21-128:3 |
| 131:10-132:11 |
| 134:11-12 |
| 135:11-136:4 |
| 140:23-11 |
| 145:21-22 |
| 146:1-12 |
| 146:15-147:7 |
| 147:16-25 |
| 148:2-17 |
| 148:25-149:9 |
| 149:14-150:10 |
| 150:13-151:2 |
| 154:1-10 |
| 154:12-13 |
| 154:15-21 |
| 154:24-155:3 |
| 155:9-15 |
| 155:25-156:18 |
| 160:25-161:1 |
| 161:5-14 |
| 162:10-164:19 |
| 166:3-18 |
| 167:4-8 |

994732_1

| |
|---|
| 167:19-168:10 |
| 168:22-169:14 |
| 170:25-171:15 |
| 171:21-172:4 |
| 173:2-6 |
| 173:9-23 |
| 175:3-8 |
| 176:3-8 |
| 176:14-177:8 |
| 177:23-25 |
| 178:8-13 |
| 178:15-23 |
| 178:25-179:5 |
| 179:7-8 |
| 179:10-12 |
| 180:1-10 |
| 181:17-19 |
| 181:22-182:13 |
| 182:15 |
| 294:19-295:19 |

994732_1

**Richard Burch**

| |
|---|
| 10:17-19 |
| 10:23-11:21 |
| 12:1-10 |
| 14:13-15:18 |
| 17:2-9 |
| 18:4-19:2 |
| 20:8-21:12 |
| 39:17-40:5 |
| 41:12-22 |
| 51:3-52:24 |
| 53:17-54:10 |
| 70:13-71:14 |
| 93:25-94:13 |
| 96:9-97:13 |
| 101:14-102:16 |
| 111:17-20 |
| 116:2-17 |
| 117:10-119:4 |
| 119:8-12 |
| 119:18-24 |
| 120:3-123:4 |
| 125:13-126:3 |
| 129:12-20 |
| 130:4-8 |
| 133:16-135:10 |
| 135:18-25 |
| 136:9-18 |
| 140:24-141:24 |
| 144:18-145:3 |
| 148:11-18 |
| 151:6-13 |
| 152:14-153:12 |
| 232:18-233:6 |
| 234:6-21 |
| 235:2-237:9 |
| 243:18-244:13 |
| 261:17-25 |
| 262:7-263:12 |
| 263:20-264:1 |
| 264:22-265:1 |
| 286:19-287:10 |
| 288:20-289:8 |
| 290:18-292:10 |
| 299:5-11 |

5

**Robert Clark**

| |
|---|
| 8:8-10 |
| 25:6-22 |
| 26:9-29:24 |
| 29:7-12 |
| 30:1-19 |
| 32:11-24 |
| 35:11-24 |
| 36:21-37:4 |
| 42:9-20 |
| 44:2-22 |
| 50:19-51:6 |
| 87:19-88:1 |
| 88:7-15 |
| 88:18-89:3 |
| 90:2-10 |
| 90:12-91:8 |
| 92:4-93:9 |
| 93:24-95:1 |
| 97:3-98:13 |
| 99:13-100:16 |
| 101:1-103:13 |
| 104:14-106:21 |
| 109:22-111:14 |
| 121:6-14 |
| 122:23-123:1 |
| 123:5-19 |
| 124:25-126:4 |
| 126:8-25 |
| 129:15-130:1 |
| 131:14-132:2 |
| 132:8-15 |
| 151:20-25 |
| 152:1-21 |

994732_1

**Hugh Donnelly**

| |
|---|
| 14:5-16 |
| 17:22-19:6 |
| 19:23-20:21 |
| 21:8-22:9 |
| 25:22-26:6 |
| 27:18-21 |
| 29:13-30:2 |
| 35:5-8 |
| 35:24-36:3 |
| 39:21-41:7 |
| 42:23-44:8 |
| 49:23-50:5 |
| 50:22-51:3 |
| 57:17-58:8 |
| 59:17-62:5 |
| 78:12-80:15 |
| 83:3-84:10 |
| 89:6-90:13 |
| 91:3-17 |
| 97:20-101:20 |
| 105:22-118:19 |
| 123:10-124:7 |
| 125:5-15 |
| 126:13-129:16 |
| 131:21-136:15 |
| 141:4-12 |
| 143:8-147:21 |
| 148:21-150:17 |
| 152:18-157:5 |
| 158:14-159:24 |
| 160:24-162:5 |
| 166:25-168:22 |
| 171:9-15 |
| 171:21-174:10 |
| 174:15-175:2 |
| 176:1-177:12 |
| 178:3-180:21 |
| 195:9-200:15 |
| 201:22-202:21 |
| 205:17-207:7 |
| 224:13-226:14 |
| 235:8-238:4 |
| 244:8-246:3 |
| 265:14-266:1 |
| 269:9-271:19 |

7

| |
|---|
| 273:22-274:6 |
| 284:4-287:18 |
| 290:13-291:10 |
| 293:6-294:8 |
| 295:19-297:15 |
| 299:21-300:23 |
| 316:6-318:1 |
| 322:15-323:20 |
| 339:23-341:2 |

### Hugh Donnelly Cross-Designations

| |
|---|
| 120:3-8 |
| 343:23-24 |
| 348:12-13 |

8

**Bruce Fleischmann**

| |
|---|
| 11:11-12 |
| 11:22-13:4 |
| 18:24-25 |
| 19:7-20:21 |
| 21:3-22:20 |
| 26:23-24 |
| 27:6-28:1 |
| 40:19-42:11 |
| 51:4-11 |
| 54:16-55:24 |
| 57:5-8 |
| 58:2-8 |
| 58:18-59:1 |
| 62:3-63:14 |
| 71:2-72:18 |
| 78:12-80:4 |
| 88:18-21 |
| 110:17-111:2 |
| 114:8-16 |
| 114:25-115:22 |
| 117:5-120:2 |
| 125:16-126:2 |
| 127:3-7 |
| 129:2-9 |
| 136:22-137:17 |
| 138:3-14 |
| 139:18-140:8 |
| 141:14-142:20 |
| 142:23-143:25 |
| 149:15-150:16 |
| 152:17-153:17 |
| 154:10-17 |
| 154:23-155:1 |
| 155:10-22 |
| 167:2-168:18 |
| 168:24-170:13 |
| 170:24-171:19 |
| 172:12-23 |
| 173:9-19 |
| 173:25-174:9 |
| 175:17-22 |
| 177:10-16 |
| 179:4-180:16 |
| 181:19-22 |
| 182:2-23 |

| |
|---|
| 185:7-186:4 |
| 187:12-188:7 |
| 208:14-209:23 |
| 213:2-25 |
| 222:3-22 |
| 224:19-226:23 |
| 227:9-20 |
| 227:23-228:2 |
| 234:14-19 |
| 235:5-10 |
| 236:1-10 |
| 236:18-21 |
| 237:6-20 |
| 238:25-239:9 |
| 239:18-240:2 |

10

**Jake Friedman**

| |
|---|
| 11:8-13 |
| 14:8-10 |
| 14:20-15:14 |
| 15:18-16:3 |
| 20:13-19 |
| 22:8-11 |
| 28:2-4 |
| 28:8-17 |
| 29:12-30:7 |
| 30:18-21 |
| 31:25-32:18 |
| 33:17-34:3 |
| 34:16-20 |
| 39:25-40:22 |
| 41:5-12 |
| 42:9-43:2 |
| 47:18-48:5 |
| 51:15-19 |
| 59:2-4 |
| 59:10-18 |
| 59:22-60:4 |
| 62:15-19 |
| 65:10-11 |
| 65:20-66:5 |
| 70:8-14 |
| 71:8-72:4 |
| 72:14-16 |
| 73:3-22 |
| 74:4-11 |
| 76:18-21 |
| 77:19-78:6 |
| 78:12-21 |
| 79:4 |
| 79:13-80:18 |
| 84:11-85:8 |
| 86:9-12 |
| 86:21-87:5 |
| 92:18-23 |
| 93:3-6 |
| 93:8-9 |
| 93:17 |
| 93:23-25 |
| 94:6-12 |
| 94:23-95:10 |
| 96:5-6 |

| |
|---|
| 96:13-23 |
| 96:25-97:1 |
| 97:6-22 |
| 98:12-25 |
| 99:10-12 |
| 100:14-101:2 |
| 101:13-19 |
| 103:15-25 |
| 105:1-5 |
| 105:20-106:7 |
| 107:1-108:18 |
| 112:15-25 |
| 116:22-25 |
| 119:14-23 |
| 120:11-16 |
| 121:3-8 |
| 121:21-122:6 |
| 122:12-13 |
| 122:17-18 |
| 122:22-24 |
| 123:20-124:8 |
| 128:7-8 |
| 128:14-18 |
| 129:16-18 |
| 130:17-131:14 |
| 132:7-9 |
| 133:11-14 |
| 134:10-18 |
| 136:23-138:9 |
| 144:24-145:7 |
| 145:16-17 |
| 145:20-23 |
| 146:5-13 |
| 146:16-24 |
| 149:18-150:2 |
| 155:17-156:4 |
| 163:9-16 |
| 164:2-6 |
| 164:14-16 |
| 164:19-20 |
| 164:25-165:10 |
| 169:4-10 |
| 170:12-19 |
| 172:16-173:1 |
| 173:15-25 |
| 177:13-178:3 |
| 179:11-13 |

| |
|---|
| 180:1-20 |
| 181:14-19 |
| 181:25-182:3 |
| 182:12-13 |
| 182:17-25 |
| 184:15-25 |
| 185:3-10 |
| 185:21-25 |
| 186:6-187:2 |
| 191:5-6 |
| 191:9-20 |
| 191:25-192:8 |
| 197:2-4 |
| 197:7-12 |
| 201:7-202:13 |
| 202:18-20 |
| 203:6-204:2 |
| 204:16-18 |
| 210:6-7 |
| 218:14-19 |
| 218:24-219:3 |
| 219:20-220:1 |
| 220:10-221:7 |
| 221:15-18 |
| 266:16-19 |
| 266:23-267:20 |
| 269:13-19 |
| 271:12-272:9 |

**Daniel Hanson**

| |
|---|
| 6:8-7:24 |
| 9:11-24 |
| 10:10-12:3 |
| 48:12-19 |
| 49:20-50:21 |
| 51:13-52:10 |
| 53:6-20 |
| 75:4-76:11 |
| 80:4-20 |
| 82:23-83:5 |
| 86:17-87:8 |
| 97:12-98:14 |
| 126:9-16 |
| 131:3-135:13 |
| 137:21-142:6 |
| 143:5-13 |
| 145:18-24 |
| 154:14-155:5 |
| 158:11-159:25 |
| 160:12-20 |
| 161:10-162:9 |
| 161:24-166:5 |

14

**Mary Holloway**

| |
|---|
| 10:24-12:15 |
| 12:24-13:6 |
| 15:3-18:1 |
| 19:11-20:13 |
| 20:18-21:22 |
| 22:6-12 |
| 23:7-10 |
| 24:2-14 |
| 30:4-12 |
| 30:19-31:5 |
| 32:9-33:18 |
| 33:22-34:9 |
| 34:24-35:7 |
| 41:20-44:5 |
| 44:20-46:2 |

15

**John B. Kopchinski**

| |
|---|
| 7:8-17:4 |
| 34:7-42:17 |
| 43:4-44:16 |

16

**Dee Mahoney**

| |
|---|
| 5:20-22 |
| 6:18-25 |
| 7:1-5 |
| 7:17-22 |
| 8:23-10:15 |
| 11:23-12:11 |
| 12:24-13:22 |
| 14:14-15:13 |
| 17:16-20:5 |
| 20:12-21:24 |
| 22:19-23:20 |
| 27:7-30:10 |
| 30:18-20 |
| 35:22-36:17 |
| 37:16-23 |
| 39:20-40:6 |
| 40:22-41:16 |
| 42:4-43:3 |
| 43:12-44:11 |
| 44:19-45:11 |
| 45:21-47:10 |
| 50:10-14 |
| 50:21-51:5 |
| 52:10-53:4 |
| 54:25-56:9 |
| 57:14-19 |
| 59:7-61:14 |
| 62:3-63:20 |
| 64:14-65:16 |
| 67:6-18 |
| 69:9-11 |
| 72:15-24 |
| 80:18-82:15 |
| 82:21-83:14 |
| 83:22-84:23 |
| 93:5-21 |
| 96:21-97:11 |
| 97:24-99:7 |
| 99:15-102:1 |
| 103:3-5 |
| 103:12-105:25 |
| 110:5-23 |
| 111:9-16 |
| 116:10-117:20 |
| 119:16-120:5 |

994732_1

| |
|---|
| 121:2-24 |
| 122:3-16 |
| 123:1-7 |
| 124:20-125:13 |
| 130:7-17 |
| 134:15-135:5 |
| 136:23-137:12 |
| 138:14-140:19 |
| 141:15-143:5 |
| 144:6-145:25 |
| 153:14-154:4 |
| 154:6-12 |
| 154:17-18 |
| 155:4-21 |
| 156:5-15 |
| 156:23-158:6 |
| 159:11-160:1 |
| 160:8-10 |
| 161:3-16 |
| 163:17-164:4 |
| 168:17-169:9 |
| 173:10-174:14 |
| 175:16-18 |
| 181:20-182:3 |
| 200:24-201:4 |
| 201:16-202:6 |
| 202:23-203:15 |
| 207:21-210:11 |
| 210:16-212:1 |
| 216:13-21 |
| 222:7-11 |
| 223:14-225:2 |
| 228:9-229:11 |
| 246:18-247:17 |

18