# EXHIBIT B.4

Plaintiffs' Trial Exhibits

| Plaintiffs' Trial Exhibit No | Description | Objections |
|---|---|---|
| 0001 | Internal Audit, 2007 Internal Audit Plan | * |
| 0002 | Disclosure Committee Charter | ** |
| 0003 | Slappendale Sales Guide | * |
| 0004 | RC Reform, Why, What, When, How & Who | * |
| 0005 | Mary K. Jones purchase confirmation | ** |
| 0006 | Mary K. Jones sell confirmation | ** |
| 0007 | Philips purchase and sale summary of Pfizer stock from 12/06 through 01/09 | ** |
| 0008 | Handwritten Notes | |
| 0009 | Handwritten Notes | |
| 0010 | Handwritten Notes | |
| 0011 | Handwritten Notes | |
| 0012 | Handwritten Notes | |
| 0013 | Handwritten Notes | |
| 0014 | Handwritten Notes | |
| 0015 | Amendment of Articles of Philips Pensionfonds | ** |
| 0016 | Amended and Restated Investment Management Agreement between Philips Investment Management and Stichting Philips Pensioenfonds | ** |
| 0017 | Amended Certification of Named Plaintiff Pursuant to Federal Securities Laws | * |
| 0018 | Philips Purchase Confirmation | ** |
| 0019 | Philips Purchase Confirmation | ** |
| 0020 | Corporate Integrity Agreement | * |
| 0021 | Wunderink Reprint | * |
| 0022 | United States v. Pharmacia & Upjohn Co., Inc., No. 1:09-cr-10258-DPW, Settlement Agreement | * |
| 0023 | United States v. Pharmacia & Upjohn Co., Inc., No. 1:09-cr-10258-DPW, Sentencing Memorandum | * |
| 0024 | Pfizer Form DEF 14A Proxy | * |
| 0025 | Pfizer Form DEF 14A Proxy | * |
| 0026 | Greensmith Notebook #3 | |
| 0027 | Greensmith Notebook #3 | |
| 0028 | Greensmith Notebook #3 | |
| 0029 | Greensmith Notebook #3 | |
| 0030 | Greensmith Notebook #3 | |
| 0031 | Creating Access to Innotvation | * |
| 0032 | Neurontin CIA | * |
| 0033 | Celebrex and Bextra Monthly Dashboard for March 2004 | * |
| 0034 | Bextra Anticipated Launch Publications | * |
| 0035 | POA 2004 Goals Cox-2 | * |
| 0036 | Follow Up Notice Re Bextra Document Hold | ** |
| 0037 | POA 1 2004 Pro Specialty | * |
| 0038 | Bextra Press Release | * |
| 0039 | DOJ Presentation | * |
| 0040 | DOJ Presentation | * |
| 0041 | DOJ Presentation | * |
| 0042 | DOJ Presentation | * |
| 0043 | DOJ Presentation | * |
| 0044 | DOJ Presentation | * |
| 0045 | DOJ Presentation | * |
| 0046 | DOJ Presentation | * |
| 0047 | DOJ Presentation | * |
| 0048 | Bristow Resume | * |
| 0049 | Letter from Pfizer | |
| 0050 | Letter and attached emails (compendium) | |
| 0051 | Memorandum | |
| 0052 | Mary K. Jones Revocable Trust | ** |
| 0053 | Kopchinski Resume | |
| 0054 | Geodon FDA Approval Letter | * |
| 0055 | Geodon Verbatims | * |

| | | |
|---|---|---|
| 0056 | Call Note for Geodon | * |
| 0057 | Email re Bextra | * |
| 0058 | Document re Vadecoxib | * |
| 0059 | Letter re NDA 21-341 | * |
| 0060 | Email re JPT | * |
| 0061 | Second Amended Complaint | |
| 0062 | EMC Presentation | * |
| 0063 | Presention re Bextra | * |
| 0064 | Email re Bextra | * |
| 0065 | Bextra Presentation -- So Much Power | * |
| 0066 | Geodon Verbatims | * |
| 0067 | Email re Bextra | * |
| 0068 | Email re Bextra | * |
| 0069 | Email re POA Presentation | * |
| 0070 | Email re Bextra | * |
| 0071 | Email re Bextra | * |
| 0072 | Email re Bextra | * |
| 0073 | Email re Bextra | * |
| 0074 | Email re Bextra | * |
| 0075 | Email re Promotion Guidelines | |
| 0076 | National Consultants' evaluation form | * |
| 0077 | Email re Bextra | * |
| 0078 | Email re Bextra | * |
| 0079 | Email re Bextra | * |
| 0080 | Presentation re Geodon | |
| 0081 | Email re NOW AVAIL PR | * |
| 0082 | Email re Bextra | * |
| 0083 | Questions re Bextra | * |
| 0084 | Email re Bextra | * |
| 0085 | Email re Geodn | * |
| 0086 | Email re Bextra | * |
| 0087 | Neil Kaye Key Selling Points | * |
| 0088 | FDA Letter re Geodon | * |
| 0089 | Email re Bextra | |
| 0090 | Email re Bextra | |
| 0091 | Geodon Call Notes | * |
| 0092 | Email re Dr. Kaye | * |
| 0093 | Email re Bextra | * |
| 0094 | Email re Speaker | * |
| 0095 | Email re Bextra | * |
| 0096 | FDA/DDMAC Untitled Letter re Geodon | * |
| 0097 | POA 3 Presentation | * |
| 0098 | Bextra Slides about two sales contests--Power Up and One-Two Punch | * |
| 0099 | Email re Bextra | |
| 0100 | Email re Key Message Meeting | * |
| 0101 | Call note | * |
| 0102 | Call note | * |
| 0103 | Email re Bextra | * |
| 0104 | Email re Strategic Platform | * |
| 0105 | Email re Bextra | |
| 0106 | 2003 Celebrex and Bextra Operating Plan | * |
| 0107 | Email re Bextra | * |
| 0108 | Email re Dr. Kaye | * |
| 0109 | Email re Bextra | |
| 0110 | 2002 Corporate Integrity Agreement | * |
| 0111 | Presentation re Bextra | * |
| 0112 | Email re Arrowwood Feedback | * |
| 0113 | Email re Bextra | |
| 0114 | Email re Bextra | * |
| 0115 | Email re JVA | * |
| 0116 | Email re Bextra | * |

| | | |
|---|---|---|
| 0117 | Email re Bextra | * |
| 0118 | Call Note for Geodon | * |
| 0119 | Geodon Verbatims | * |
| 0120 | Presentation | |
| 0121 | Email re Cox 2 Standing Orders | * |
| 0122 | Email re Geodon | * |
| 0123 | Email re Bextra | * |
| 0124 | Email re Bextra | * |
| 0125 | Email re Bextra | |
| 0126 | Bextra Call Note Summaries | * |
| 0127 | Email re Geodon | |
| 0128 | Email re Bextra | * |
| 0129 | Cox-2 Product Action Guide -- 2004 | * |
| 0130 | Email re Bextra | * |
| 0131 | Survey of Doctors re Bextra Messaging | * |
| 0132 | Email re Cox-2 Tactical Plan | * |
| 0133 | Email re Standing Order Contest | * |
| 0134 | Email re Bextra | * |
| 0135 | Email re Feedback from Sales Force | * |
| 0136 | Email re Bextra | * |
| 0137 | Email re Bextra | * |
| 0138 | Email re Bextra | * |
| 0139 | Email re Bextra | * |
| 0140 | Email with Physician bio information | * |
| 0141 | Email re Bextra | * |
| 0142 | POA 2 Goals cox 2 | * |
| 0143 | Email re Bextra | * |
| 0144 | Email re Bextra | * |
| 0145 | Email re Fast Facts | * |
| 0146 | Email re Bextra | * |
| 0147 | Email re Bextra | * |
| 0148 | Call note | * |
| 0149 | Email re Bextra | * |
| 0150 | Call note | * |
| 0151 | DM Working Sessions: Report | * |
| 0152 | Call note | * |
| 0153 | Email re Bextra | * |
| 0154 | Pfizer Blue Book | ** |
| 0155 | Email re Bextra | * |
| 0156 | Call note | * |
| 0157 | Geodon Call Note | * |
| 0158 | Email re Bextra | * |
| 0159 | Call Note for Geodon | * |
| 0160 | Geodon 2004 Operating Plan | * |
| 0161 | Email re Bextra | * |
| 0162 | Email re Geodon | * |
| 0163 | Email re Geodon | |
| 0164 | Pro West POA 1 2004 Playbook | * |
| 0165 | Wunderink Reprint | * |
| 0166 | Call note | * |
| 0167 | Email re Influence Mapping | * |
| 0168 | Call note | * |
| 0169 | Geodon Verbatims | * |
| 0170 | Kollef Reprint | * |
| 0171 | Call note | * |
| 0172 | Email re Bextra | * |
| 0173 | 2004 Product Action Guide- Northeast Guide Cox 2 | * |
| 0174 | Call note | * |
| 0175 | Internal Audit Report: re US PGP Sales Operations Speakers Programs | * |
| 0176 | Email re Bextra | * |
| 0177 | Minutes: BOD Meeting | ** |

3

| | | |
|---|---|---|
| 0178 | Call note | * |
| 0179 | Email re Bextra | * |
| 0180 | Email re Geodon | * |
| 0181 | Call note | * |
| 0182 | Call note | * |
| 0183 | Email re Bextra | * |
| 0184 | Email re Bextra | * |
| 0185 | Email re Geodon | * |
| 0186 | Email re Bextra | * |
| 0187 | 2004 Neurontin CIA | * |
| 0188 | Call Note for Geodon | * |
| 0189 | Plea Letter in United States v. Warner-Lambert Company LLC, No. 04-10150 | * |
| 0190 | Information in United States v. Warner-Lambert Company LLC, No. 04-10150 | * |
| 0191 | Government Sentencing Memorandum in United States v. Warner-Lambert Company LLC, No. 04-10150 | ** |
| 0192 | Call note | * |
| 0193 | Email re Impart Report | * |
| 0194 | Call note | * |
| 0195 | Presentation re Volunatary Disclosure | ** |
| 0196 | Call Note for Geodon | * |
| 0197 | Email re Bextra | * |
| 0198 | Call note | * |
| 0199 | Memo re DOJ Investigation | ** |
| 0200 | Call note | * |
| 0201 | Call note | * |
| 0202 | Call note | * |
| 0203 | Letter from NYAG Office | * |
| 0204 | Email re Geodon POA | |
| 0205 | FDA Letter to Brian Green re deferral of Geodon pediatric studies | * |
| 0206 | Email re Bextra | * |
| 0207 | Letter re Lyrica | * |
| 0208 | 2005 Lyrica Operating Plan | * |
| 0209 | Email re COX2 Optimization | * |
| 0210 | Call Note for Geodon | * |
| 0211 | Email re Bextra | * |
| 0212 | Call note | * |
| 0213 | Call note | * |
| 0214 | Email re Bextra | * |
| 0215 | Letter re Corporate Integrity Agreement | * |
| 0216 | Product Action Guide | * |
| 0217 | Email re Lyrica | * |
| 0218 | Letter re Pfizer Bextra Call Notes | * |
| 0219 | 2004 Feedback Form re Bextra | * |
| 0220 | SEC speech in which Deputy Chief Accountant opines that most companies' FAS 5 disclosures are not sufficient because disclosure/accrual happens too late | * |
| 0221 | Email re Bextra | * |
| 0222 | Medicine Net, "Bextra Label Updated with Boxed Warning Concerning Severe Skin Reactions and Warning Regarding Cardiovascular Risk," December 9, 2004 (available at http://www.medicinenet.com/script/main/art.asp?articlekey=40990) | * |
| 0223 | Email re Bextra | * |
| 0224 | Lyrica FDA Letter | * |
| 0225 | Presentation re Compliance | * |
| 0226 | Geodon Verbatims | * |
| 0227 | Weigelt Reprint | * |
| 0228 | Memorandum re: Interview of Alex Alvarez on December 16, 2004 | * |
| 0229 | Memorandum re: Interview of Tom Farina on December 16, 2004 | * |
| 0230 | Letter re Bextra | * |

4

| | | |
|---|---|---|
| 0231 | Call note | * |
| 0232 | Call note | * |
| 0233 | Covington memo of interview with Bermudez | * |
| 0234 | Call note | * |
| 0235 | Emaill re Geodon | * |
| 0236 | Memo of interview with Gorelik | * |
| 0237 | Covington Memo of Interview with Farina | * |
| 0238 | Email re Management Structure | * |
| 0239 | 2004 Form 10-K and attached SOX certifications | ** |
| 0240 | Target Rx Detail Performance | * |
| 0241 | Fax from DDMAC | * |
| 0242 | Neuropathic Pain Implementation Guide | * |
| 0243 | Lyrica Visual Aid | * |
| 0244 | Call Note for Geodon | * |
| 0245 | Call Note for Geodon | * |
| 0246 | Internal Audit Report: T&E | * |
| 0247 | Press Release re Bextra | * |
| 0248 | Compliance Quarterly Matters Report | * |
| 0249 | Press Release re Cox-2 | * |
| 0250 | Letter re Document Issues in the Bextra Investigation | * |
| 0251 | Call note | * |
| 0252 | Call note | * |
| 0253 | Call note | * |
| 0254 | Call note | * |
| 0255 | Audit Committee Materials | * |
| 0256 | Email re Lyrica | * |
| 0257 | Email re Lyrica | * |
| 0258 | Audit Committee Minutes | * |
| 0259 | Email re FAQs - Compliance Related Questions | |
| 0260 | Wunderink Reprint | * |
| 0261 | Call Note for Geodon | * |
| 0262 | Lyrica FDA Approval Letter | * |
| 0263 | Call note | * |
| 0264 | Call note | * |
| 0265 | FDA Warning Letter re Zyvox | * |
| 0266 | Email re Lyrica | * |
| 0267 | Email re Lyrica | * |
| 0268 | Email re Zyvox | * |
| 0269 | Pfizer Inc. Corporate Integrity Agreement Annual Report | * |
| 0270 | Email re September 2005 POA | * |
| 0271 | Email re Zyvox | ** |
| 0272 | Gedon Call Note | * |
| 0273 | Letter re Bextra | ** |
| 0274 | Call note | * |
| 0275 | Call note | * |
| 0276 | Email re Zyvox | * |
| 0277 | Email re Lyrica | * |
| 0278 | Email re POA1 for 2006 | * |
| 0279 | Call note | * |
| 0280 | 2006 Zyvox Operating Plan | * |
| 0281 | Letter from DOJ setting the agreement between U.S. and Serono Laboratories, Inc. | * |
| 0282 | Memo re Reserve Review Meeting | * |
| 0283 | HawkPartners Memo | * |
| 0284 | Call note | * |
| 0285 | Email re Lyrica | * |
| 0286 | Letter re Bextra Investigation | * |
| 0287 | Call note | * |
| 0288 | Geodon Call Note | * |
| 0289 | 2006 Strategic & Operating Plan | * |
| 0290 | Audit Committee Compliance Update | ** |
| 0291 | Internal Audit Report: Call Notes and Email | * |

5

| | | |
|---|---|---|
| 0292 | Email re Internal Audit Report | * |
| 0293 | Geodon Verbatims | * |
| 0294 | Dep't of Health and Human Services OIG Report of Interview with Alvarez (1/6/2006) | * |
| 0295 | 4Q05/FY05 Form 8-K Earnings Press Release | ** |
| 0296 | "Drug Makers Deliver Weak Earnings --- Generics Weigh on Pfizer; Novartis Net Comes In Flat Despite 14% Rise in Sales," by Scott Hensley and Anita Greil, The Wall Street Journal, 20 January 2006 | * |
| 0297 | Workpaper re Sales Force Training | * |
| 0298 | Email re Zyvox | * |
| 0299 | Lyrica Early User Research Wave II- Qualitative Research with Physicians FINAL REPORT | * |
| 0300 | Analyst Meeting transcript | * |
| 0301 | Influencing the Environment, 2006 CIA Risk Inventory & Analysis | * |
| 0302 | 2005 Form 10-K | ** |
| 0303 | 2006 Form DEF 14A Proxy | ** |
| 0304 | Sharpe reprint | * |
| 0305 | Lyrica Profiler | * |
| 0306 | Geodon issues | * |
| 0307 | Zyvox Target Rx Detail Perfomance | * |
| 0308 | FDA/DDMAC Warning Letter re Zyrtec | * |
| 0309 | 1Q06 Form 8-K Earnings Press Release | ** |
| 0310 | Unrated Internal Audit Memo | * |
| 0311 | 1Q06 Form 10-Q | ** |
| 0312 | Email re Lyrica | * |
| 0313 | Email re Total Honoraria for 2005 Speakers Events | * |
| 0314 | Philips Purchase Confirmation | ** |
| 0315 | Philips Purchase Confirmation | ** |
| 0316 | Philips Purchase Confirmation | ** |
| 0317 | Philips Purchase Confirmation | ** |
| 0318 | FDA Office of Criminal Investigations Memorandum of Interview Alex Alvarez | * |
| 0319 | Internal Audit Report: Marketing Promotional Speakers Programs | * |
| 0320 | Email re Kaye Slides | * |
| 0321 | Wave 3 qualitative research by HawkPartners | * |
| 0322 | Notes from Lyrica POA II meeting | * |
| 0323 | "PFE: Sale of Consumer Health Accretive Beyond 2007, Reiterate $29.50 Fair Value Estimate," by Jon LeCroy, M.D., and Stephen B. Shankman, Natexis Bleichroder, Inc., analyst report, 23 June 2006 | * |
| 0324 | "Expanding Buybacks with Sale Proceeds Increases Shareholder Value," by Jami Rubin, et al., Morgan Stanley, analyst report, 26 June 2006 | * |
| 0325 | "PCH Divestiture Magnifies Lipitor/tocetrapib's Importance on Revenues and Cash Flow," by Catherine J. Arnold, Credit Suisse, analyst report, 26 June 2006 | * |
| 0326 | Philips Purchase Confirmation | ** |
| 0327 | Philips Purchase Confirmation | ** |
| 0328 | 2Q06 Form 8-K Earnings Press Release | ** |
| 0329 | McKinnell Form 4 | * |
| 0330 | Lyrica US Operating Plan | * |
| 0331 | Memo re Compliance Issues Summary | ** |
| 0332 | 2007 Zyvox Operating Plan | * |
| 0333 | 2Q06 Form 10-Q | ** |
| 0334 | Email re Lyrica | * |
| 0335 | Letter re Pfiizer's Organizational Structure | * |
| 0336 | Presentation re Bextra | * |
| 0337 | Presentation re Bextra | * |
| 0338 | Presentation re Bextra | * |
| 0339 | Levin Form 4 | * |
| 0340 | Email re August 2006 Financial Controls Report | ** |
| 0341 | Philips Purchase Confirmation | ** |

| | | |
|---|---|---|
| 0342 | Pfizer Inc. Corporate Integrity Agreement Annual Report | ** |
| 0343 | Email September 2006 Monthly Financial Controls Report | ** |
| 0344 | Presentation re Bextra | * |
| 0345 | DOJ Presentation | * |
| 0346 | DOJ Presentation | * |
| 0347 | Letter to OIG | * |
| 0348 | ELT Meeting Minutes | * |
| 0349 | Audit Committee of the BOD: Legal Review | ** |
| 0350 | Geodon issues | * |
| 0351 | Unrated Internal Audit Memo | * |
| 0352 | Minutes: Disclosure Committee Meeting | ** |
| 0353 | Internal Audit Unrated Memo re Promotional Expenses and Promotional Funds/Remediation Status | * |
| 0354 | Email re Q3 Earnings: Top analyst and media questions | * |
| 0355 | Email re Lyrica | * |
| 0356 | Email re Lyrica | * |
| 0357 | 3Q06 Form 8-K Earnings Press Release | ** |
| 0358 | Dep't of Health and Human Services OIG Report of Interview with Bermudez (10/23/2006) | * |
| 0359 | Email re US Compliance Issues | * |
| 0360 | Memo re Procedures for SEC Certification | * |
| 0361 | Final Minutes: Disclosure Committee Meeting | * |
| 0362 | 3Q06 Form 10-Q | ** |
| 0363 | Email re US HCC Remediation Plan | * |
| 0364 | Email re HCC Controls | * |
| 0365 | Letter re Pfizer sales force | * |
| 0366 | Email re Zyvox | * |
| 0367 | Pfizer Inc., Audit Committee of the Board of Directors, Compliance Update | * |
| 0368 | Philips Purchase Confirmation | ** |
| 0369 | Geodon Verbatims | * |
| 0370 | United States v. Schering Sales Corp., No. 06-10260-PBS, Government's Sentencing Memorandum | * |
| 0371 | Analyst Meeting transcript | * |
| 0372 | 4Q06/FY06 Form 8-K Earnings Press Release | ** |
| 0373 | Internal Control Deficiencies -- KPMG Approach | * |
| 0374 | Supplemental Response to ROGS | |
| 0375 | Email re Select Product Performance | * |
| 0376 | Read Form 4 | * |
| 0377 | Memo re Internal Controls | * |
| 0378 | Internal Audit Report: Publications and Authorships | * |
| 0379 | Email re Internal Audit Reports | * |
| 0380 | Email re Lyrica | * |
| 0381 | Memo re Sales and Compliance Discussion | * |
| 0382 | 2006 Form 10-K | ** |
| 0383 | Zyvox Target Rx Detail Perfomance | * |
| 0384 | Memo re Bextra Document Hold | ** |
| 0385 | Email re Zyvox | * |
| 0386 | 2007 Form DEF 14A Proxy | * |
| 0387 | Letter from Ian Read and George Henninger to Pfizer Audit Committee | * |
| 0388 | Philips Purchase Confirmation | ** |
| 0389 | Letter re Pharmacia & Upjohn Company LLC | * |
| 0390 | Letter re Plea in United States v. Pharmacia & Upjohn Company, Inc. | * |
| 0391 | Press release regarding settlement of Genotropin investigation | * |
| 0392 | The Indianapolis Star: Denials over drug's diabetes link, negative publicity led to loss of $65 billion in value | * |
| 0393 | Email re Geodon | * |
| 0394 | Philips Purchase Confirmation | ** |
| 0395 | 1Q07 Form 8-K Earnings Press Release | ** |
| 0396 | Memo re Internal Controls | * |
| 0397 | 1Q07 Form 10-Q | ** |

| | | |
|---|---|---|
| 0398 | Philips Purchase Confirmation | ** |
| 0399 | Levin Form 4 | * |
| 0400 | Email re Geodon | * |
| 0401 | Email re Geodon | * |
| 0402 | Email re Geodon | * |
| 0403 | Zyvox POA 2 | * |
| 0404 | Philips Purchase Confirmation | ** |
| 0405 | Philips Purchase Confirmation | ** |
| 0406 | Philips Purchase Confirmation | ** |
| 0407 | Philips Purchase Confirmation | ** |
| 0408 | Philips Purchase Confirmation | ** |
| 0409 | Lyrica Verbatims | * |
| 0410 | Internal Audit, Audit Report, Worldwide Pharmaceutical Operations, US Field Force Travel & Entertainment Expenses, New York Headquarters | * |
| 0411 | Email re Audit Committee Pre-Read | * |
| 0412 | Email re Zyvox | * |
| 0413 | Letter to Posner | * |
| 0414 | Memo to the Audit Committee | * |
| 0415 | Philips Purchase Confirmation | ** |
| 0416 | Email re Potential Audit Committee Questions | * |
| 0417 | Email re Geodon | |
| 0418 | Audit Committee Minutes | ** |
| 0419 | Memo: 2007 Mid-Year Progress Report | * |
| 0420 | Philips Purchase Confirmation | ** |
| 0421 | Mid POA 2007 Lyrica/Geodon | * |
| 0422 | Letter re Lyrica Subpoena | * |
| 0423 | FDA/DDMAC Untitled Letter re Geodon | * |
| 0424 | Philips Purchase Confirmation | ** |
| 0425 | 2Q07 Form 8-K Earnings Press Release | ** |
| 0426 | Philips Purchase Confirmation | ** |
| 0427 | Philips Purchase Confirmation | ** |
| 0428 | Philips Purchase Confirmation | ** |
| 0429 | USPO Compliance document | * |
| 0430 | Memo re HCC Controls | * |
| 0431 | Philips Purchase Confirmation | ** |
| 0432 | Email re Select Product Updates | * |
| 0433 | Letter to OIG | * |
| 0434 | Philips Purchase Confirmation | ** |
| 0435 | 2Q07 Form 10-Q | ** |
| 0436 | Philips Purchase Confirmation | ** |
| 0437 | Philips Purchase Confirmation | ** |
| 0438 | Email re Zyvox | * |
| 0439 | Philips Purchase Confirmation | ** |
| 0440 | Philips Purchase Confirmation | ** |
| 0441 | Philips Purchase Confirmation | ** |
| 0442 | Pfizer Inc. Corporate Integrity Agreement Annual Report | ** |
| 0443 | Philips Purchase Confirmation | ** |
| 0444 | Email re Resignation | * |
| 0445 | Email re Zyvox | * |
| 0446 | Philips Purchase Confirmation | ** |
| 0447 | Philips Purchase Confirmation | ** |
| 0448 | Philips Purchase Confirmation | ** |
| 0449 | Lyrica Verbatims | * |
| 0450 | 2008 Zyvox Operating Plan | * |
| 0451 | Email re Bextra DOJ | ** |
| 0452 | Email re Disclosure | ** |
| 0453 | Email re Dividend | * |
| 0454 | 3Q07 Pfizer earnings conference call transcript | * |
| 0455 | 3Q07 Form 8-K Earnings Press Release | ** |
| 0456 | Email re Zyvox | * |
| 0457 | Philips Purchase Confirmation | ** |

| | | |
|---|---|---|
| 0458 | Handwritten Notes | * |
| 0459 | Email re Dividend | * |
| 0460 | Email re Zyvox | * |
| 0461 | Email re Reserving and Settlement Procedures | * |
| 0462 | Email re Zyvox | * |
| 0463 | Philips Purchase Confirmation | ** |
| 0464 | Philips Purchase Confirmation | ** |
| 0465 | 3Q07 Form 10-Q | ** |
| 0466 | Read Form 4 | * |
| 0467 | Email re Dividend | * |
| 0468 | Philips Purchase Confirmation | ** |
| 0469 | WPO Compliance, Compliance Strategy Update | * |
| 0470 | Letter re Pfizer Investigation | * |
| 0471 | Philips Purchase Confirmation | ** |
| 0472 | Philips Purchase Confirmation | ** |
| 0473 | Philips Purchase Confirmation | ** |
| 0474 | Philips Purchase Confirmation | ** |
| 0475 | Philips Purchase Confirmation | ** |
| 0476 | POA 1 and 2 2006 Resource Guides | * |
| 0477 | Philips Purchase Confirmation | ** |
| 0478 | Email re Zyvox | * |
| 0479 | "PFE: Potential Upside for Lipitor and Compelling Yield; Upgrading to Buy," by Jon LeCroy, Natixis Bleichroeder, analyst report, 23 January 2008 | * |
| 0480 | "Raising EPS Forecasts; Shares Trading At Floor Valuation," by Chris Schott, et al., Bank of America, analyst report, 23 January 2008 | * |
| 0481 | "Consistently Delivering on Near Term Targets," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 January 2008, consolidation." | * |
| 0482 | "Solid Quarter; Raising Numbers; Fundamental Thesis Stays the Same," by Jami Rubin, et al., Morgan Stanley, analyst report, 23 January 2008 | * |
| 0483 | "Defensive Short-term; Risky Longer-term," by Roopesh Patel, et al., UBS, analyst report, 23 January 2008 | * |
| 0484 | "4Q07 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 January 2008 | * |
| 0485 | "Positive 4Q Earnings Surprises But Very Different Outlooks," by Catherine J. Arnold and Michael Faerm, Credit Suisse, Pfizer & Abbott analyst report, 23 January 2008 | * |
| 0486 | 4Q07/FY07 Form 8-K Earnings Press Release | ** |
| 0487 | "What Happened Last Quarter," by Devina Mehra and Kavita Thomas, First Global, 25 January 2008 | * |
| 0488 | Philips Purchase Confirmation | ** |
| 0489 | Philips Transaction Summary | ** |
| 0490 | Tracking Chart | * |
| 0491 | Letter/fax from DOJ | ** |
| 0492 | Trademark Assignment Abstract of Title | |
| 0493 | Pfizer article | * |
| 0494 | "Acquires Encysive For PAH," by Robert Hazlett and James Tumbrink, BMO, analyst report, 2/21/2008 | * |
| 0495 | Email re Zyvox | * |
| 0496 | Philips Purchase Confirmation | ** |
| 0497 | "March 5th Meeting Could Be a Mixed Bag," by Roopesh Patel, et al., UBS, analyst report, 29 February 2008 | * |
| 0498 | 2007 Form 10-K | ** |
| 0499 | Email re Daily Street Report Headlines | * |
| 0500 | Philips Purchase Confirmation | ** |
| 0501 | "Our Thoughts on PFE's Analyst Meeting," by John Boris, et al., Bear Stearns, analyst report, 6 March 2008 | * |
| 0502 | "Between a Rock and Hard Cash Place," by Barbara Ryan, Deutsche Bank, analyst report, 5 March 2008 | * |
| 0503 | Analyst Meeting transcript | ** |

| | | |
|---|---|---|
| 0504 | "Best Foot Forward, but Uncertain Footing Ahead," by David Risinger, et al., Merrill Lynch, analyst report, 6 March 2008 | * |
| 0505 | "Is Pfizer Doing What Matters?" by Catherine J. Arnold, et al., Credit Suisse, Pfizer, Wyeth, Amgen, analyst report, 6 March 2008 | * |
| 0506 | "PFE Analyst Day: No Big Deals, No Surprises," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 6 March 2008 | * |
| 0507 | Email re Analyst Report | * |
| 0508 | Philips Purchase Confirmation | ** |
| 0509 | Email re POA 2 Zyvox | * |
| 0510 | 2008 Form DEF 14A Proxy | * |
| 0511 | Philips Purchase Confirmation | ** |
| 0512 | Email re Speakers Programs | * |
| 0513 | Letter re Bextra | * |
| 0514 | Email re Bextra DOJ | ** |
| 0515 | Letter re Partially Unsealed Qui Tams Against Pfizer Inc. | * |
| 0516 | Philips Purchase Confirmation | ** |
| 0517 | "1Q08 Earnings Preview: Volumes Declining," by John Boris, et al., Bear Stearns, analyst report, 15 April 2008, | * |
| 0518 | Philips Purchase Confirmation | ** |
| 0519 | "1Q08 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 17 April 2008 | * |
| 0520 | "Quick Comment: 1Q08 Disappoints; Lipitor Misses," by Jami Rubin, et al., Morgan Stanley, analyst report, 17 April 2008 | * |
| 0521 | "Pfizer Profit, Sales Drop After US License Losses," Agence France Presse, 17 April 2008 | * |
| 0522 | 1Q08 Form 8-K Earnings Press Release | ** |
| 0523 | "Corporate News:  Pfizer Net Drops 18% As Rivals Strengthen," by Avery Johnson, The Wall Street Journal, 18 April 2008 | * |
| 0524 | "Pfizer: Near-Term Miss; Long-Term Strategy Unclear," by Tim Anderson, et al., Bernstein, analyst report, 18 April 2008 | * |
| 0525 | "1Q08 Disappointing But Outlook For Full Yr. Unchanged," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 18 April 2008 | * |
| 0526 | Philips Purchase Confirmation | ** |
| 0527 | Email re COX-2 Litigation | * |
| 0528 | 1Q08 Form 10-Q | ** |
| 0529 | Email re Dividend | * |
| 0530 | Philips Purchase Confirmation | ** |
| 0531 | Deutsche Bank Health Care Conference transcript | * |
| 0532 | Pfizer Inc. Ongoing Investigations and Legal Proceedings | ** |
| 0533 | Email re Study 1002 | * |
| 0534 | "High Yields, Easy Picks," by Steve E. Levingston, Washington Post, 1 June 2008 | * |
| 0535 | Email re Dividend | * |
| 0536 | "Cash Flows Support Dividend," by Barbara Ryan, Deutsche Bank, analyst report, 3 June 2008 | * |
| 0537 | "Dividend May Test Pfizer; Company's Funding Of Generous Payout Could Face Hurdles," by Avery Johnson and Joann S. Lublin, The Wall Street Journal, 3 June 2008 | * |
| 0538 | WSJ article re: Dividend Could Test Pfizer | * |
| 0539 | Philips Purchase Confirmation | ** |
| 0540 | Letter from Ian Read | * |
| 0541 | "Dueling Fools: Pfizer Bear," by Brian Lawler, Motley Fool, 11 June 2008 | * |
| 0542 | Email re ELT Materials | * |
| 0543 | Philips Purchase Confirmation | ** |
| 0544 | Email re Zyvox | * |
| 0545 | Philips Purchase Confirmation | ** |
| 0546 | "Challenging Road Ahead - Initiating Coverage With Neutral Rating," by Chris Schott, et al., JPMorgan, analyst report, 24 June 2008 | * |
| 0547 | Philips Purchase Confirmation | ** |
| 0548 | Email re Disclosure | ** |

10

| | | |
|---|---|---|
| 0549 | "Growth Outlook Troubling, by John Boris, et al., Citigroup, analyst report, 17 July 2008 | * |
| 0550 | "Ahead of the Bell: Pfizer rises on earnings," Associated Press, 23 July 2008 | * |
| 0551 | "2Q08 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 23 July 2008 | * |
| 0552 | "Second Quarter Revenue Above Expectations," by Stephen A. O'Neil, Hilliard Lyons, analyst report, 23 July 2008 | * |
| 0553 | "FX, Cost Control Drive Modest EPS Beat," by Chris Schott, et al., JPMorgan, analyst report, 23 July 2008 | * |
| 0554 | "Weak Dollar, Foreign Sales Boost Drugmakers," by Linda Johnson, Associated Press, 23 July 2008 | * |
| 0555 | 2Q08 Form 8-K Earnings Press Release | ** |
| 0556 | Email re Disclosure | * |
| 0557 | 2Q08 Form 10-Q | ** |
| 0558 | "Sales & EPS Raised in 2011-12 But Still-Negative Outlook Keeps Us on Sidelines," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 11 August 2008 | * |
| 0559 | Verbatims Zyvox | * |
| 0560 | Email re Zyvox | * |
| 0561 | "What's New In The 10-Q?" by Steve Scala, et al., Cowen and Company, analyst report, 19 August 2008 | ** |
| 0562 | Email re Zyvox | * |
| 0563 | Email re Anti-Infective Communication | * |
| 0564 | Memo re Changes to Tracking Chart | * |
| 0565 | Compliance Matters Tracking Chart | * |
| 0566 | Memo to the Audit Committee | * |
| 0567 | "JAK3: Intriguing Phase IIb Data But Several Questions For ACR," by Chris Schott, et al., JPMorgan, analyst report, 15 September 2008 | * |
| 0568 | UBS Conference transcript | * |
| 0569 | Email re Meeting with Analyst | * |
| 0570 | Philips Purchase Confirmation | ** |
| 0571 | "Pfizer Plans to Abandon Heart-Drug Development," by Shirley Wang and Joann Lublin, The Wall Street Journal, 30 September 2008 | * |
| 0572 | "Truth Be Told," by Catherine J. Arnold, et al., Credit Suisse, analyst report, 30 9/1/2008 | * |
| 0573 | Email re Zyvox 2009 Budget | * |
| 0574 | Philips Purchase Confirmation | ** |
| 0575 | "Pension Palpitations: Investors focusing on who may have problems," by Michael Moran and Abby Joseph Cohen, Goldman Sachs, Global Markets Institute, 13 October 2008 | * |
| 0576 | "3Q08 Preview: Focus on US Operating Performance," by John Boris, et al., Citigroup, analyst report, 16 October 2008 | * |
| 0577 | "Sales & EPS Reduced in '08-'12 Reflecting Fx & Q3 Rx Trends," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 16 October 2008 | * |
| 0578 | Articles re Pfizer To Take $894 Million Charge For Legal Settlement,17 October 2008 | * |
| 0579 | "Drugmaker Pfizer Posts Big Jump In 3Q Profit Due To Charge A Year Ago, But Sales Are Flat," by Linda A. Johnson, Associated Press Newswires, 21 October 2008 | * |
| 0580 | "Cost Savings On Track; Next Act, Products?" by Catherine J. Arnold, et al., Credit Suisse, analyst report, 21 October 2008 | * |
| 0581 | "3Q Results: Good, Not Great; Waiting For LT Cost Clarity," by Chris Schott, et al., JPMorgan, analyst report, 21 October 2008 | * |
| 0582 | "3Q08 Results - First Take," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 21 October 2008 | * |
| 0583 | "Still Paying Dividends, Reiterate Buy," by Barbara Ryan and George Drivas, Deutsche Bank, analyst report, 21 October 2008 | * |
| 0584 | Market Share Analysis for Zyvox | * |
| 0585 | "Update 4-Pfizer Cost Cuts Help, But Street Pines For Deals," Reuters, 21 October 2008 | * |

| | | |
|---|---|---|
| 0586 | 3Q08 Form 8-K Earnings Press Release | ** |
| 0587 | "PFE -OK 3Q08 but Needs Some Direction," by C. Anthony Butler, Barclays, analyst report, 22 October 2008 | * |
| 0588 | "Pfizer: 3Q In-Line; The Last of the Currency Tailwinds? Lowering EPS in 2008 Given USD Strengthening," by Tim Anderson, et al., Bernstein, analyst report, 22 October 2008 | * |
| 0589 | Email re Meeting Materials | * |
| 0590 | Philips Purchase Confirmation | ** |
| 0591 | Philips Purchase Confirmation | ** |
| 0592 | Philips Purchase Confirmation | ** |
| 0593 | Philips Purchase Confirmation | ** |
| 0594 | Philips Purchase Confirmation | ** |
| 0595 | Philips Purchase Confirmation | ** |
| 0596 | Philips Purchase Confirmation | ** |
| 0597 | Philips Purchase Confirmation | ** |
| 0598 | "Lightens Up on Obesity Drug- Unsurprising," by Roopesh Patel and Keyur Parekh, UBS, analyst report, 6 November 2008 | * |
| 0599 | "Initiation On Large-Cap Pharma: Dramatic Change Is Imperative," by Jami Rubin, et al., Goldman Sachs, pharmaceuticals analyst report, 6 November 2008 | * |
| 0600 | "Incremental Steps Are Not Enough - Initiate With A Sell," by Jami Rubin, et al., Goldman Sachs, analyst report, 6 November 2008 | * |
| 0601 | 3Q08 Form 10-Q | ** |
| 0602 | Email re Investor Sentiment | * |
| 0603 | "3Q08 10Q Assessed -Looking for New Adapting to Scale Initiative," by John Boris, et al., Citigroup, analyst report, 13 November 2008 | * |
| 0604 | "Focused on Cash Deployment Opportunities. Initiate at Buy," by Steven M. Lichtman, et al., Bank of America, analyst report, 14 November 2008 | * |
| 0605 | Email re Project Burgundy | * |
| 0606 | Philips Purchase Confirmation | ** |
| 0607 | "Industry Consolidation We See M&A Accelerating: Line Up The Usual Suspects," by Barbara Ryan and George Drivas, Deutsche Bank, industry analyst report, 24 November 2008 | * |
| 0608 | "Quick Comments From Our CFO Meeting," by David Risinger, et al., Merrill Lynch, analyst report, 3 December 2008 | * |
| 0609 | "Dividend Announcement Likely Next Week: We Expect Sustainability," by Steven Lichtman, et al., Bank of America, analyst report, 10 December 2008 | * |
| 0610 | "Initiating Coverage With a Buy: Risk/Reward Compelling as Bad News Priced In," by Manoj Garg, Soleil, analyst report, 10 December 2008 | * |
| 0611 | Email re Dividend | * |
| 0612 | "Three Ways of Looking at Pfizer's Flat Dividend," by Jacob Goldstein, The Wall Street Journal Health Blog, 16 December 2008 | * |
| 0613 | Philips Purchase Confirmation | ** |
| 0614 | The White Guide | ** |
| 0615 | Philips Purchase Confirmation | ** |
| 0616 | "Our Thoughts on Price Increases, Rebates &M&A," by John Boris, et al., Citigroup, analyst report, 6 January 2009 | * |
| 0617 | "Good for Defense, But Long-Term Outlook Requires Better Offense," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 8 January 2009 | * |
| 0618 | "Record S&P 500 Pension Deficit in 2008; Is There an Investment Solution?" by David Bianco, et al., Equity Strategy research report, 9 January 2009 | * |
| 0619 | "Removing Pfizer from Americas Sell List," by Jami Rubin, et al., Goldman Sachs, analyst report, 11 January 2009 | * |
| 0620 | Philips Purchase Confirmation | ** |
| 0621 | Email re WJS Article | * |
| 0622 | Email re Analyst Report | * |

| | | |
|---|---|---|
| 0623 | "4Q and FY08 Earnings Preview," by Anthony Butler, Barclays, analyst report, 23 1/1/2009 | * |
| 0624 | "Quick Take: Combination Looks Solid For PFE Shareholders; Less So For WYE's," by Steve Scala, et al., Cowen and Company, analyst report, 23 January 2009 | * |
| 0625 | "Potential Deal Makes Strategic Sense – Must Be a First Step," by Jami Rubin, et al., Goldman Sachs, analyst report, 23 January 2009 | * |
| 0626 | "Pfizer in Talks to Buy Wyeth," by Matthew Karnitschnig and Jonathan D. Rockoff, The Wall Street Journal, 23 January 2009 | * |
| 0627 | "Pfizer, Wyeth Deal Expected In 'Near Term' – CNBC's Faber," Dow Jones Newswires, 23 January 2009 | * |
| 0628 | Minutes: Disclosure Committee Meeting | ** |
| 0629 | "Shifting to More Conserv. Div Rating," by David Risinger, et al., Bank of America/Merrill Lynch, analyst report, 23 January 2009 | * |
| 0630 | "WYE Deal Will Help; Doesn't Solve Problem," by Roopesh Patel and Keyur Parekh, UBS, analyst report, 23 January 2009 | * |
| 0631 | "At $60B, We Estimate PFE/WYE Deal Accretive With or Without Synergies," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 23 January 2009 | * |
| 0632 | "Pfizer, Wyeth: Tie-Up Could Be Highly Accretive; But From There, PFE Becomes A Bond," by Tim Anderson, et al., Bernstein, analyst report, 23 January 2009 | * |
| 0633 | "Quick Take - Pfizer Buying Wyeth? Fits Our Thesis. Dividend at Risk?" BersteinResearch | * |
| 0634 | WSJ article re: Pfizer's potential buyout of Wyeth | * |
| 0635 | "WSJ: Pfizer Seen Paying $65B-$70B To Buy Wyeth -- Sources," by Matthew Karnitschnig and Sarah Rubenstein, Dow Jones Newswires, 23 January 2009 | * |
| 0636 | "PFE Reportedly to Buy WYE ~$50/Share; Cut Dividend in Half," UBS Investment Research | ** |
| 0637 | "PFE + WYE = Transformative Potential, But the Devil May Be in the Details," by Seamus Fernandez and Kathryn Alexander, Leerink Swann, analyst report, 26 January 2009 | ** |
| 0638 | "Pfizer/Wyeth Combination Improves Pfizer's Outlook," by Catherine Arnold, et al., Credit Suisse, Pharmaceuticals analyst report, 26 January 2009 | ** |
| 0639 | "Quick Take: Combination Looks Solid For PFE Shareholders; Less So For WYE's," by Steve Scala, et al., Cowen and Company, analyst report, 26 January 2009 | ** |
| 0640 | "Pfizer 'AAA' Rating On Watch Negative After Agreement To Buy Wyeth For $68B," Standard & Poor's RatingsDirect, 26 January 2009 | ** |
| 0641 | "Quick Take - Pfizer Buying Wyeth - Should be Highly Accretive" Bernstein Research | ** |
| 0642 | "Update: S&P, Moody's Weighing Downgrade of Pfizer," Dow Jones Newswires, 26 January 2009 | * |
| 0643 | "Fitch Downgrades Pfizer, Inc.'s IDR to 'AA'; Rating Watch Negative," Business Wire, 26 January 2009 | ** |
| 0644 | "Wyeth Reports Earnings Results for the 2008 Full Year and Fourth Quarter," company press release, PR Newswire, 26 January 2009 | * |
| 0645 | Market Watch: "Pfizer to Buy Wyeth in $68 bln consolidation move…"; and "reported a 90% plunge in fourth-quarter profit, stemming mostly from a large legal settlement." | * |
| 0646 | Bloomberg article re: Pfizer Bextra settlement | * |
| 0647 | CNN article: Pfizer to buy Wyeth for $68 billion | * |
| 0648 | National news briefs, Wenatchee World | * |
| 0649 | Record Searchlight: Pfizer to buy Wyeth for $68 billion, cut jobs | * |
| 0650 | WSJ HEALTH BLOG: Pfizer Takes $2.3B Charge Tied To Bextra Probe | * |
| 0651 | AP: Pfizer 4Q profit plunges on legal charges | * |
| 0652 | Dow Jones Newswires: Pfizer Confirms $68B Deal To Buy Wyeth; 4Q Net Down 90% | * |
| 0653 | Financial Times: Pfizer pays $68bn for Wyeth | * |
| 0654 | The Guardian: Pfizer to buy rival Wyeth for $68bn | * |

13

| | | |
|---|---|---|
| 0655 | Pfizer Press Release, "Pfizer to Acquire Wyeth, Creating the World's Premier Biopharmaceutical Company" | ** |
| 0656 | "Wyeth Reports Earnings Results for the 2008 Full Year and Fourth Quarter," company press release, PR Newswire, 26 January 2009 | * |
| 0657 | Wyeth acquisition analyst call transcript | ** |
| 0658 | 4Q08/FY08 Form 8-K Earnings Press Release | ** |
| 0659 | Email re Bextra | * |
| 0660 | "Perfect Storm of Uncertainty Taints Solid Strategic Acquisition," by Seamus Fernandez and Kathryn C. Alexander, Leerink Swann, analyst report, 27 January 2009 | ** |
| 0661 | "Combined PFE/WYE Offers Better Growth Than PFE Alone But With Added Risk," by Steve Scala, et al., Cowen and Company, analyst reports, 27 January 2009 | ** |
| 0662 | "PFE Agrees to Acquire Wyeth, Reports 4Q Results, Cuts Dividend," by Stephen O'Neil, Hilliard Lyons, analyst report, 27 January 2009 | ** |
| 0663 | "Pfizer Discount and Deal Risk Perceptions Create Opportunity – Reiterate Buy and $50 Price Target," by David Moskowitz, RPh., and James Molloy, Caris & Company, analyst report, 27 January 2009 | ** |
| 0664 | WALL STREET JOURNAL ABSTRACTS: Pfizer sets $2.3 billion settlement | * |
| 0665 | N.Y. Times: For Pfizer, A Big Deal And a Test | * |
| 0666 | Globe and Mail: Growth seen as obstacle for Pfizer-Wyeth behemoth | * |
| 0667 | WSJ: Pfizer is still vulnerable despite Wyeth purchase --- Growth prospects remain issue in wake of $68 billion deal | * |
| 0668 | WSJ: Pfizer Sets $2.3 Billion Settlement --- Agreement With U.S. Tied to Alleged Off-Label Marketing of Painkiller Bextra | * |
| 0669 | WSJ: Doubts Emerge Over Deal to Buy Wyeth | * |
| 0670 | "The Wyeth Purchase: Activity Yes, But Progress?" by Robert Hazlett and James Tumbrink, BMO, analyst report, 28 January 2009 | ** |
| 0671 | Drug Industry Daily: Pfizer to Pay Billions for Alleged Off-Label Promotions | * |
| 0672 | Email re Bextra Settlement | * |
| 0673 | "Attractive Risk-Reward - Upgrading to Buy," UBS Investment Research | ** |
| 0674 | Pfizer Form DEF 14A Proxy | * |
| 0675 | Email re Zyvox | * |
| 0676 | Mary Holloway's Sentencing Memorandum | |
| 0677 | Plea Agreement in United States v. Pharmacia & Upjohn Company, Inc., No. 1:09-cr-10258 | * |
| 0678 | United States v. Pharmacia & Upjohn Company, Inc., No. 1:09-cr-10258, Dkt. No. 2 (Plea agreement) | * |
| 0679 | Information document from United States v. Pharmacia & Upjohn Company, Inc., No. 1:09-cr-10258 | * |
| 0680 | Attachment A to Dkt. No. 2 in Case No. 1:09-cr-10258-DPW | * |
| 0681 | Presentation re SAS 99 Brainstorming | * |
| 0682 | Transcript of Change of Plea | * |
| 0683 | Letter re Zyvox | * |
| 0684 | Letter from DOJ to the Honorable Douglas Woodlock re: United States v. Pharmacia & Upjohn Company, Inc., Criminal No. 09-10258-DPW | * |
| 0685 | Pfizer Form DEF 14A Proxy | * |
| 0686 | Study 1002 Reprint | * |
| 0687 | Pfizer Form DEF 14A Proxy | * |
| 0688 | Pfizer Form DEF 14A Proxy | * |
| 0689 | "Vast Mexico Bribery Case Hushed Up by Wal-Mart After Top-Level Struggle," by David Barstow, The New York Times, 22 April 2012 | * |
| 0690 | Philips Purchase Confirmation | ** |
| 0691 | Philips Purchase Confirmation | ** |
| 0692 | Philips Purchase Confirmation | ** |
| 0693 | Philips Purchase Confirmation | ** |
| 0694 | Philips Purchase Confirmation | ** |

Plaintiffs' Trial Exhibits

| | | |
|---|---|---|
| 0695 | Pfizer's Supplement and Verification to Pfizer's Supplement to Responses and Objections to Plaintiffs' First Set of Interrogatories in In re Pfizer Inc. Shareholder Derivative Litigation | ** |