# EXHIBIT C.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY K. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER INC., et al.,<br><br>Defendants. | Civil Action No. 1:10-cv-03864-AKH<br><br>Hon. Alvin K. Hellerstein |

## DEFENDANTS' WITNESS LIST AND DEPOSITION DESIGNATIONS

1. Dennis Block

2. Larry Bradley

3. James Bristow

4. Loretta Cangialosi

5. John Chapman

6. Frank D'Amelio

7. Hugh Donnelly (by deposition; designations listed below)

8. Lawrence Fox

9. Gary Giampetruzzi

10. Dan Hanson

11. Timothy Hedley

12. Mary Jones

13. Jeffrey Kindler

14. Douglas Lankler

15. Alan Levin

16. Henry McKinnell

17. Charles Mooney

18. Brien O'Connor

19. Roger Otten

20. Ethan Posner

21. Ian Read

22. Eric Riso

23. Chuck Triano

24. Allen Waxman

25. Carlton Wessel

26. John Coates

27. David Feigal

28. William Holder

29. Ken Lehn

30. Sean Nicholson

31. Sunil Panchal

32. Jack Tanselle

33. Nick Theodorou

34. Any witnesses listed by Plaintiffs

Defendants may call the following individuals as witnesses at trial, depending on which witnesses Plaintiffs are permitted to call:

35. Angela Bailey-Hardy

36. Richard Burch

37. Robert Clark

38. Bruce Fleischmann

39. Jake Friedman

40. Cheryl Shaughnessy

*Deposition of Hugh Donnelly (August 14, 2013)*

| START PAGE | LINE | END PAGE | LINE |
|---|---|---|---|
| 6 | 20 | 6 | 25 |
| 9 | 2 | 9 | 10 |
| 10 | 12 | 10 | 25 |
| 11 | 8 | 11 | 18 |
| 12 | 16 | 12 | 24 |
| 13 | 4 | 13 | 24 |
| 14 | 5 | 14 | 16 |
| 17 | 22 | 18 | 6 |
| 18 | 10 | 19 | 10 |
| 19 | 23 | 20 | 21 |
| 21 | 8 | 21 | 13 |
| 21 | 19 | 22 | 9 |
| 39 | 21 | 40 | 11 |
| 59 | 17 | 60 | 24 |
| 61 | 4 | 61 | 22 |
| 119 | 24 | 120 | 2 |
| 120 | 9 | 121 | 3 |
| 137 | 3 | 137 | 14 |
| 306 | 13 | 308 | 7 |
| 309 | 1 | 309 | 8 |
| 310 | 9 | 312 | 11 |
| 343 | 1 | 343 | 22 |
| 344 | 1 | 346 | 16 |
| 346 | 19 | 348 | 11 |
| 348 | 14 | 348 | 22 |