LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

JOSEPH PETROSINELLI
(202) 434-5547
jpetrosinelli@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

January 14, 2015

**VIA ECF AND FACSIMILE**

The Honorable Alvin K. Hellerstein
United States District Court,
 Southern District of New York
Room 1050
500 Pearl Street
New York, NY  10007

   **Re:**  *Jones v. Pfizer et al.*, 10-Civ-03864-AKH (S.D.N.Y.)

Dear Judge Hellerstein:

  In response to paragraph 2 of the Court's Order (Dkt. No. 435) dated January 8, 2015, the parties agree with the Court's suggestion to hold on January 26, 2015, at 10:00 a.m., a final pre-trial conference to hear oral arguments on all motions not ruled on by the Court before that date, and begin trial the morning of Tuesday, January 27, 2015.

          Respectfully,

          Joseph G. Petrosinelli
          WILLIAMS & CONNOLLY

          Michael J. Dowd
          ROBBINS GELLER RUDMAN & DOWD

cc:  Counsel of Record (ECF)