**Robbins Geller Rudman & Dowd LLP**

| Atlanta | Melville | Philadelphia | San Francisco |
| Boca Raton | New York | San Diego | Washington, DC |

Michael J. Dowd
MikeD@rgrdlaw.com

January 28, 2015

<u>VIA ECF AND FACSIMILE</u>

The Honorable Alvin K. Hellerstein
United States District Court,
 Southern District of New York
Room 1050
500 Pearl Street
New York, NY 10007

Re: *Jones v. Pfizer Inc., et al.*, No. 1:10-cv-03864-AKH

Dear Judge Hellerstein:

We are writing to advise the Court that the parties have entered into a Memorandum of Understanding ("MOU") to settle the *Jones v. Pfizer Inc., et al.* litigation. Pursuant to the terms of the MOU, the parties will finalize and execute the Stipulation of Settlement and related documents on or before February 8, 2015. Assuming it is acceptable to the Court, Plaintiffs intend to file their motion seeking preliminary approval of the settlement with the Court on February 17, 2015.

In light of the proposed settlement, the parties jointly request that the Court vacate the February 9, 2015 hearing date for oral argument on outstanding motions and the trial date of February 10, 2015.

Respectfully submitted,

MICHAEL J. DOWD
ROBBINS GELLER RUDMAN & DOWD LLP

JOSEPH F. PETROSINELLI
WILLIAMS & CONNOLLY

MJD:dsg

cc: Counsel of Record (via ECF)

1002337_1
655 West Broadway, Suite 1900   San Diego, CA 92101   Tel 619 231 1058   Fax 619 231 7423   rgrdlaw.com

