# EXHIBIT A

EXHIBIT A

Time Report - Inception through March 13, 2015

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---:|---:|---:|
| Burkholz, Spencer | (P) | 19.20 | 875 | 16,800.00 |
| Daniels, Patrick | (P) | 59.75 | 770 | 46,007.50 |
| Dowd, Michael | (P) | 1,192.80 | 925 | 1,103,340.00 |
| Forge, Jason | (P) | 2,037.30 | 770 | 1,568,721.00 |
| Gronborg, Tor | (P) | 501.25 | 800 | 401,000.00 |
| Kowalewski, Catherine | (P) | 159.75 | 650 | 103,837.50 |
| Llorens, Ryan | (P) | 5,423.15 | 670 | 3,633,510.50 |
| Montgomery, Matthew | (P) | 75.75 | 585 | 44,313.75 |
| Myers, Danielle | (P) | 135.00 | 610 | 82,350.00 |
| Pfefferbaum, Daniel | (P) | 138.50 | 630 | 87,255.00 |
| Pintar, Theodore | (P) | 98.40 | 835 | 82,164.00 |
| Radcliffe, Willow | (P) | 4,933.25 | 710 | 3,502,607.50 |
| Robbins, Darren | (P) | 144.60 | 880 | 127,248.00 |
| Rosen, Henry | (P) | 7,418.15 | 825 | 6,119,973.75 |
| Rosenfeld, David | (P) | 22.25 | 700 | 15,575.00 |
| Smith, Trig | (P) | 5,138.91 | 690 | 3,545,847.90 |
| Walton, David | (P) | 41.45 | 860 | 35,647.00 |
| Abel, Lawrence | (A) | 168.90 | 600 | 101,340.00 |
| Bear, Nathan | (A) | 367.00 | 525 | 192,675.00 |
| Caringal, Jennifer | (A) | 29.00 | 420 | 12,180.00 |
| Melamed, Matthew | (A) | 766.40 | 475 | 364,040.00 |
| Ngo, Ivy | (A) | 6,684.90 | 525 | 3,509,572.50 |
| Mikolajczyk, Eugene | (OC) | 2,202.05 | 715 | 1,574,465.75 |
| Bilan, Michael | (PA) | 2,939.95 | 200 | 587,990.00 |
| Brooks, Mackenzie | (PA) | 3,833.95 | 200 | 766,790.00 |
| De La Lama, Pablo | (PA) | 1,008.15 | 200 | 201,630.00 |
| Del Castillo, Ana | (PA) | 1,622.35 | 200 | 324,470.00 |
| Edmunds, Kimberly | (PA) | 1,748.75 | 200 | 349,750.00 |
| Eggert, Jacqueline | (PA) | 284.15 | 200 | 56,830.00 |
| El-Sabawi, Taleed | (PA) | 181.20 | 200 | 36,240.00 |
| Gallagher, Nicole | (PA) | 2,708.55 | 200 | 541,710.00 |
| Hinton, David | (PA) | 3,978.95 | 200 | 795,790.00 |
| Howard, Amy | (PA) | 2,102.75 | 200 | 420,550.00 |
| Klemann, Jill | (PA) | 157.50 | 200 | 31,500.00 |
| Kwatra, Ajay | (PA) | 1,525.45 | 200 | 305,090.00 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---:|---:|---:|
| McCoy, Christine | (PA) | 89.40 | 200 | 17,880.00 |
| Rosing, Robert | (PA) | 122.95 | 200 | 24,590.00 |
| Rudolph, James | (PA) | 4,030.40 | 200 | 806,080.00 |
| Ryan, Justin | (PA) | 865.00 | 200 | 173,000.00 |
| Saunders, Joanne | (PA) | 387.10 | 200 | 77,420.00 |
| Shields, Joanne | (PA) | 3,690.10 | 200 | 738,020.00 |
| Allen, Steven | (SA) | 4,762.10 | 350 | 1,666,735.00 |
| Black, Kelli | (SA) | 4,184.10 | 350 | 1,464,435.00 |
| Henek, Carly | (SA) | 5,620.74 | 350 | 1,967,259.00 |
| Hierholzer, Jesse | (SA) | 2,017.30 | 350 | 706,055.00 |
| Lacomb, Timothy | (SA) | 10.20 | 350 | 3,570.00 |
| Matney, Andrew | (SA) | 547.75 | 350 | 191,712.50 |
| Neiman, Shelley | (SA) | 5,465.45 | 200 | 1,093,090.00 |
| Nienberg, Jason | (SA) | 1,359.55 | 350 | 475,842.50 |
| Noursamadi, Ramona | (SA) | 81.50 | 305 | 24,857.50 |
| Stickney, Alexis | (SA) | 3,671.80 | 350 | 1,285,130.00 |
| Woodward, Lucas | (SA) | 247.90 | 350 | 86,765.00 |
| Jennette, Heather | (FA) | 4,170.30 | 500 | 2,085,150.00 |
| Rudolph, Andrew | (FA) | 657.25 | 625 | 410,781.25 |
| Yurcek, Christopher | (FA) | 1,426.80 | 625 | 891,750.00 |
| Henderlite, Craig | (FAI) | 85.00 | 75 | 6,375.00 |
| Lopez, Rebecca | (FAI) | 20.75 | 75 | 1,556.25 |
| Phelps, Robert | (FAI) | 58.25 | 70 | 4,077.50 |
| Barhoum, Anthony | (EA) | 37.75 | 430 | 16,232.50 |
| Le, Joseph | (EA) | 29.00 | 225 | 6,525.00 |
| Uralets, Boris | (EA) | 20.75 | 415 | 8,611.25 |
| Roelen, Scott | (RA) | 162.00 | 295 | 47,790.00 |
| Wilhelmy, David | (RA) | 20.85 | 295 | 6,150.75 |
| Brandon, Kelley | (I) | 18.50 | 230 | 4,255.00 |
| Freer, Brad | (LS) | 36.25 | 290 | 10,512.50 |
| Guyer, Nicole | (LS) | 42.25 | 290 | 12,252.50 |
| Izadi, Anna | (LS) | 13.80 | 290 | 4,002.00 |
| Keita, C. Oumar | (LS) | 14.00 | 290 | 4,060.00 |
| Milliron, Christine | (LS) | 90.65 | 345 | 31,274.25 |
| Price, Craig | (LS) | 61.50 | 290 | 17,835.00 |
| Torres, Michael | (LS) | 95.60 | 360 | 34,416.00 |
| Ulloa, Sergio | (LS) | 320.05 | 290 | 92,814.50 |
| Young, Donald | (LS) | 12.25 | 280 | 3,430.00 |

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Bowens, M. Lamontt | (LC) | 17.00 | 175 | 2,975.00 |
| Brooker, Daniel | (LC) | 412.50 | 165 | 68,062.50 |
| Hansen, Kiersten | (LC) | 97.25 | 165 | 16,046.25 |
| Rork, Taylor | (LC) | 96.25 | 170 | 16,362.50 |
| Sutphen, Lilah | (LC) | 77.75 | 165 | 12,828.75 |
| Albert, Michael | (SUA) | 122.00 | 165 | 20,130.00 |
| Balotta, Matthew | (SUA) | 50.00 | 165 | 8,250.00 |
| Davis, Bryson | (SUA) | 24.00 | 165 | 3,960.00 |
| Lavelle, Kevin | (SUA) | 110.05 | 165 | 18,158.25 |
| Lyons, Michael | (SUA) | 45.75 | 165 | 7,548.75 |
| Munro, Philippa | (SUA) | 36.00 | 165 | 5,940.00 |
| Ritter, Kristy | (SUA) | 78.00 | 165 | 12,870.00 |
| Shrago, Yevgeny | (SUA) | 20.80 | 165 | 3,432.00 |
| Paralegals | | 5,753.50 | 265-295 | 1,694,877.25 |
| Document Clerks | | 8,526.95 | 100-150 | 1,269,577.50 |
| Shareholder Relations | | 192.60 | 75-150 | 20,463.75 |
| *TOTAL* | | *120,056.70* | | *$ 48,372,586.90* |

(P) Partner
(A) Associate
(OC) Of Counsel
(PA) Project Attorney
(SA) Staff Attorney
(FA) Forensic Accountant
(FAI) Forensic Accounting Intern
(EA) Economic Analyst
(RA) Research Analyst
(I) Investigator
(LS) Litigation Support
(LC) Law Clerk
(SUA) Summer Associate