# EXHIBIT B

EXHIBIT B

Expenses/Charges - Inception through May 4, 2015

| CATEGORY | | TOTAL |
|---|---|---|
| Filing, Witness and Other Fees | | $ 21,536.36 |
| Business Wire | | 1,892.50 |
| Class Action Notices | | 1,484,834.00 |
| Transportation, Hotels & Meals | | 966,073.68 |
| Telephone, Facsimile | | 1,663.74 |
| Postage | | 507.20 |
| Messenger, Overnight Delivery | | 98,194.18 |
| Shredding Expenses | | 181.00 |
| Court Hearing and Deposition Reporting, Transcripts and Related Video Recordings | | 195,853.27 |
| Experts | | 3,012,530.95 |
|    Greylock McKinnon Associates | $ 1,342,959.69 | |
|    Berkeley Research Group, LLC | 664,579.54 | |
|    Hemming Morse, LLP | 378,776.72 | |
|    Crowninshield Financial Research, Inc. | 280,870.00 | |
|    Jerome Avorn & Associates, Inc. | 107,950.00 | |
|    IMS Health Inc. | 92,000.00 | |
|    Robert A. Rosenheck, MD | 90,225.00 | |
|    Nicholas P. Jewell, Ph.D. | 28,600.00 | |
|    Sara S. Beale | 26,570.00 | |
| Consultants | | 398,735.29 |
|    Compass Lexecon, LLC | $ 157,873.51 | |
|    John Abramson, MD | 91,427.50 | |
|    Stefan P. Kruszewski, MD and Associates | 77,372.60 | |
|    Financial Markets Analysis, LLC | 29,625.00 | |
|    Steven G. Klotz, MD, PC | 24,062.50 | |
|    TransPerfect Translations International | 14,884.30 | |
|    Palko Goldman, LLC | 3,489.88 | |
| Investigators | | 120,421.49 |
|    L.R. Hodges & Associates, Ltd. | $ 110,258.99 | |
|    The Indago Group | 10,162.50 | |
| Outside Counsel for Witnesses | | 127,548.85 |
|    James R. Harper III | $ 99,064.41 | |
|    Blank Rome LLP | 28,484.44 | |

| CATEGORY | | TOTAL |
|---|---|---|
| *Reproduction/Imaging* | | 404,135.29 |
| In-House: (1,147,519 copies at $0.25 per page) | $ 286,879.75 | |
| Outside Imaging | 628.82 | |
| Outside Photocopies | 116,626.72 | |
| Online Legal, Scientific and Financial Research | | 127,570.12 |
| Database Management Charges | | 557,707.20 |
| Database Analytics | | 27,519.00 |
| Mediation Fees | | 107,535.90 |
| Phillips ADR Enterprises, P.C. | $ 88,085.90 | |
| Irell & Manella LLP | 19,450.00 | |
| **TOTAL** | | **$ 7,654,440.02** |

- 2 -