# EXHIBIT A

EXHIBIT A

LODESTAR

Motley Rice LLC

Time Report from Inception through March 17, 2015

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| **Members & Senior Counsel** | | | |
| Hughes, James M. | 188.75 | $825.00 | $155,718.75 |
| Levin, Gregg | 120.00 | $850.00 | $102,000.00 |
| Narwold, William H | 52.95 | $975.00 | $51,626.25 |
| Parrett, Vince | 11.50 | $725.00 | $8,337.50 |
| Ritter, Ann | 24.50 | $875.00 | $21,437.50 |
| **Associates & Project Attorneys** | | | |
| Abel, David | 192.25 | $500.00 | $96,125.00 |
| Crider, Elizabeth | 531.75 | $385.00 | $204,723.75 |
| Fleetwood, J. Chris | 342.75 | $400.00 | $137,100.00 |
| Goer, Joslin | 74.00 | $380.00 | $28,120.00 |
| Gruetzmacher, Max | 1171.25 | $500.00 | $585,625.00 |
| Hall, Claire | 71.25 | $325.00 | $23,156.25 |
| Henley, Doug | 1006.25 | $365.00 | $367,281.25 |
| Jackson, John | 370.50 | $450.00 | $166,725.00 |
| Littlejohn, Joshua | 20.25 | $550.00 | $11,137.50 |
| Matthews, Jason | 152.75 | $400.00 | $61,100.00 |
| McCulloch, Robert | 3152.75 | $495.00 | $1,560,611.25 |
| Norton, Bill | 20.25 | $625.00 | $12,656.25 |
| Sherbow, Michael | 2467.50 | $400.00 | $987,000.00 |
| Stone, R. Chilton | 1791.25 | $300.00 | $537,375.00 |
| Tate, Jennifer | 233.50 | $385.00 | $89,897.50 |
| Walker, Brandon | 27.25 | $450.00 | $12,262.50 |
| **Professional Support Staff** | | | |
| Benton, Alicia | 5.25 | $225.00 | $1,181.25 |
| Blackiston, Victoria | 214.00 | $275.00 | $58,850.00 |
| Brown, Dominique | 4.50 | $215.00 | $967.50 |
| Foulke, Adam | 4.00 | $350.00 | $1,400.00 |
| Janelle, Alice | 4.60 | $275.00 | $1,265.00 |
| McLaughlin, Lora | 22.00 | $295.00 | $6,490.00 |
| Moeritz, Steffen | 32.50 | $375.00 | $12,187.50 |
| Richards, Evelyn | 38.00 | $295.00 | $11,210.00 |
| Stonehill, Kristen | 3.50 | $125.00 | $437.50 |

| NAME | HOURS | RATE | LODESTAR |
|---|---|---|---|
| Weil, Katherine | 91.75 | $275.00 | $25,231.25 |
| *TOTAL* | *12,443.30* | | *$5,339,236.25* |