# Exhibit A

## Exhibit A: AF&T Lodestar

| Name | Hours | Rate | Lodestar |
|---|---|---|---|
| Jack Fruchter (P) | 41.00 | $795 | $32,595.00 |
| Mitchell M.Z. Twersky (P) | 89.50 | $795 | $71,152.50 |
| Atara Hirsch (OC) | 50.25 | $700 | $35,175.00 |
| Lawrence Levit (OC) | 232.50 | $685 | $159,262.50 |
| Ian Berg (OC) | 180.50 | $595 | $107,397.50 |
| Ximena Skovron (A) | 86.00 | $495 | $42,570.00 |
| Arthur Chen (A) | 1,221.75 | $425 | $519,243.75 |
| Chris Matthews (A) | 80.00 | $395 | $31,600.00 |
| Xiang Li (A) | 1,108.00 | $395 | $437,660.00 |
| Timothy Sullivan (A) | 2,694.25 | $375 | $1,010,343.75 |
| Jeffrey Silverstein (A) | 2,123.75 | $375 | $796,406.25 |
| Total | 7,907.50 | | $3,243,406.25 |

(P)= Partner
(OC)= Of Counsel
(A)= Associate