UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MARY K. JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PFIZER INC., et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 1:10-cv-03864-AKH<br><br>**CLASS ACTION**<br><br>DECLARATION OF JAMIE MCKEY FILED ON BEHALF OF KENDALL LAW GROUP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES |

1015077_1

I, Jamie McKey, declare as follows:

1. I am a member of the Bar of the State of Texas and an attorney at Kendall Law Group. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action.

2. This firm is counsel of record for plaintiff Mary K. Jones.

3. The information in this declaration regarding the firm's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by the firm in the ordinary course of business. I am the associate who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. As a result of this review, reductions were made to both time and expenses in the exercise of "billing judgment." As a result of this review and the adjustments made, I believe that the time reflected in the firm's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. After the reductions referred to above, the number of hours spent on this litigation by my firm is 497.5. A breakdown of the lodestar is provided in Exhibit A. The lodestar amount

1015077_1

for attorney/paralegal time based on the firm's current rates is $278,897.50. The hourly rates shown in Exhibit A are the usual and customary rates set by the firm for each individual.

5. My firm seeks an award of $4,312.67 in expenses and charges in connection with the prosecution of the litigation. Those expenses and charges are summarized by category in Exhibit B.

6. The following is additional information regarding certain of these expenses:

(a) Filing, Witness and Other Fees: $114.89. These expenses have been paid to the court for filing fees and to attorney service firms or individuals who either (i) served process of the complaint or subpoenas, or (ii) obtained copies of court documents for plaintiffs. The vendors who were paid for these services are set forth in Exhibit C.

(b) Class Action Notices/Business Wire: $175.00. This expense was necessary under the Private Securities Litigation Reform Act of 1995's "early notice" requirements, which provides, among other things, that "[n]ot later than 20 days after the date on which the complaint is filed, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class – (I) of the pendency of the action, the claims asserted therein, and the purported class period; and (II) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class." *See* 15 U.S.C. §78u-4(a)(3)(A)(i).

(c) Transportation, Hotels & Meals: $3,979.28. In connection with the prosecution of this case, the firm has paid for travel expenses to attend, among other things, to meet with witnesses, and to take or defend depositions. The date, destination and purpose of each trip is set forth in Exhibit D.

1015077_1

(d)     Online Legal and Financial Research: $43.50.  These included vendors such as Pacer.  These databases were used to obtain access to, factual databases, legal research and for cite-checking of briefs.  This expense represents the expense incurred by Kendall Law Group for use of these services in connection with this litigation.

7.     The expenses pertaining to this case are reflected in the books and records of this firm.  These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses.

8.     The identification and background of my firm and its partners is attached hereto as Exhibit E.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 7th day of April, 2015, at Dallas, Texas.

*/s/ Jamie McKey*
JAMIE J. MCKEY

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2015.

                                          s/ HENRY ROSEN
                                          HENRY ROSEN

                                          ROBBINS GELLER RUDMAN
                                                        &amp; DOWD LLP
                                          655 West Broadway, Suite 1900
                                          San Diego, CA 92101-8498
                                          Telephone: 619/231-1058
                                          619/231-7423 (fax)

                                          E-mail:HenryR@rgrdlaw.com

## Mailing Information for a Case 1:10-cv-03864-AKH

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Scott Bailey**
  michael.bailey@skadden.com

- **Sidney Bashago**
  sidney.bashago@dpw.com,jennifer.kan@davispolk.com,ecf.ct.papers@davispolk.com

- **Sheila L. Birnbaum**
  sheilabirnbaum@quinnemanuel.com

- **George Anthony Borden**
  gborden@wc.com

- **Kevin Anthony Burke**
  kaburke@sidley.com,nyefiling@sidley.com,efilingnotice@sidley.com

- **Michael Barry Carlinsky**
  michaelcarlinsky@quinnemanuel.com,brantkuehn@quinnemanuel.com,jomairecrawford@quinnemanuel.com

- **Lauren Kristina Collogan**
  lcollogan@wc.com

- **Patrick Daniel Curran**
  patrickcurran@quinnemanuel.com,justinemanzano@quinnemanuel.com

- **Keir Nicholas Dougall**
  kdougall@dougallpc.com

- **Michael Joseph Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com

- **Alexander C Drylewski**
  alexander.drylewski@skadden.com

- **Charles S. Duggan**
  charles.duggan@dpw.com,ecf.ct.papers@davispolk.com

- **Steven M.. Farina**
  sfarina@wc.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Ross Bradley Galin**
  rgalin@omm.com,mochoa@omm.com,neverhart@omm.com,lisachen@omm.com

- **Gary John Hacker**
  ghacker@skadden.com

- **James R. Harper**
  coljamesrharper@me.com

- **Howard E. Heiss**
  hheiss@omm.com,#nymanagingattorney@omm.com

- **Paul T. Hourihan**
  phourihan@wc.com

- **James M. Hughes**
  jhughes@motleyrice.com,kweil@pacernotice.com,mgruetzmacher@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jay B. Kasner**
  jkasner@skadden.com

- Joe Kendall
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com,hlindley@kendalllawgroup.com

- Brant Duncan Kuehn
  brantkuehn@quinnemanuel.com

- Leigh R. Lasky
  lasky@laskyrifkind.com

- Hamilton Philip Lindley
  hlindley@deanslyons.com

- Ryan A. Llorens
  ryanl@rgrdlaw.com,nbear@rgrdlaw.com,kirstenb@rgrdlaw.com

- Amanda M. MacDonald
  amacdonald@wc.com

- Lori McGill
  lorialvinomcgill@quinnemanuel.com

- Matthew Melamed
  mmelamed@rgrdlaw.com

- Donald Alan Migliori
  dmigliori@motleyrice.com

- Eugene Mikolajczyk
  genem@rgrdlaw.com

- Seema Mittal
  smittal@wc.com

- Cynthia Margaret Monaco
  cmonaco@cynthiamonacolaw.com,cmmonaco@gmail.com

- Juliana Newcomb Murray
  juliana.murray@davispolk.com,lisa.hirakawa@davispolk.com,ecf.ct.papers@davispolk.com

- Scott D. Musoff
  smusoff@skadden.com,aviva.nusbaum@skadden.com

- Danielle Suzanne Myers
  dmyers@rgrdlaw.com

- William H. Narwold
  bnarwold@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- Ivy T. Ngo
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Joseph G. Petrosinelli
  jpetrosinelli@wc.com

- Theodore J. Pintar
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Willow E. Radcliffe
  willowr@rgrdlaw.com,ptiffith@rgrdlaw.com

- Joseph F. Rice
  jrice@motleyrice.com

- Darren J. Robbins
  e_file_sd@rgrdlaw.com

- Daniel Prugh Roeser
  droeser@goodwinprocter.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Michael Sarnoff**
  ssarnoff@omm.com

- **William E. Schurmann**
  wschurmann@wc.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Jennifer Lynn Spaziano**
  jen.spaziano@skadden.com

- **Meghan K. Spillane**
  mspillane@goodwinprocter.com,sewald@goodwinprocter.com,ttam@goodwinprocter.com

- **Richard Mark Strassberg**
  rstrassberg@goodwinprocter.com,nymanagingclerk@goodwinprocter.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com

- **John K. Villa**
  jvilla@wc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel            E. Hill
Kendall Law Group, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Catherine         J. Kowalewski
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Jamie             J. McKey
Kendall Law Group, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

David             C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
```