# EXHIBIT A

Exhibit A: Lodestar of Attorney/Paralegal Time and Rate

| Name | Hourly Rate | Billable Hours | Amount Billed |
| --- | --- | --- | --- |
| Joe Kendall, Attorney | 725 | 162.1 | 117,522.50 |
| Jamie McKey, Attorney | 525 | 248 | 130,200.00 |
| Hamilton Lindley, Attorney | 525 | 15.3 | 8,032.50 |
| Scott Kendall, Attorney | 475 | 1.8 | 855.00 |
| Daniel Hill, Attorney | 425 | 41.3 | 17,552.50 |
| Brittney Gribble, Paralegal | 175 | 20.9 | 3,657.50 |
| Tiffany Sims, Paralegal | 175 | 1.3 | 227.50 |
| Dawn El-Khoury, Paralegal | 125 | 6.8 | 850.00 |
|  |  |  |  |
| Total: |  | 497.5 | 278,897.50 |