UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
MARY K. JONES, Individually and on Behalf : Civil Action No. 1:10-cv-03864-AKH
of All Others Similarly Situated, :
: <u>CLASS ACTION</u>
                              Plaintiff :
: DECLARATION OF LEIGH LASKY FILED
    vs. : ON BEHALF OF LASKY & RIFKIND, LTD.
: IN SUPPORT OF APPLICATION FOR
PFIZER INC., et al., : AWARD OF ATTORNEYS' FEES AND
: EXPENSES
                              Defendants. :
:
---------------------------------------------------------- x

1015077_1

I, Leigh R. Lasky, declare as follows:

1. I am a member of the firm of Lasky & Rifkind, Ltd. I am submitting this declaration in support of my firm's application for an award of attorneys' fees and expenses/charges ("expenses") in connection with services rendered in the above-entitled action. I am over the age of 21 and can competently testify to the facts stated herein.

2. This firm is counsel of record for plaintiffs Martin Meister, Paul Meister, and Carol Meister. Subsequent to this Court's appointment of Lead Plaintiff and Lead Counsel, this firm's only work on this matter on behalf of the Class was undertaken at the express request of and under the direct supervision of Lead Counsel. Lead Counsel also requested periodic billing statements from us to ensure minimal duplication of efforts and a review of work we performed as requested.

3. The information in this declaration regarding the firm's time and expenses is taken from time and expense printouts and supporting documentation prepared and/or maintained by the firm in the ordinary course of business. I am the member of the firm who oversaw and/or conducted the day-to-day activities in the litigation and I reviewed these printouts (and backup documentation where necessary or appropriate) in connection with the preparation of this declaration. The purpose of this review was to confirm both the accuracy of the entries on the printouts as well as the necessity for, and reasonableness of, the time and expenses committed to the litigation. The time reflected in the firm's lodestar calculation and the expenses for which payment is sought as set forth in this declaration are reasonable in amount and were necessary for the effective and efficient prosecution and resolution of the litigation. In addition, I believe that the expenses are all of a type that would normally be charged to a fee-paying client in the private legal marketplace.

4. The total number of hours spent on this litigation from inception through January 8, 2015 by my firm is 5,828.35. I personally performed or oversaw all of Lasky & Rifkind's work in

1015077_1

this Action. The total lodestar amount (*i.e.*, hours worked multiplied by hourly rates) for attorney/paraprofessional time based on the firm's current rates is $2,080,717.50. A breakdown of the lodestar is provided below. The hourly rates shown are the usual and customary rates set by the firm for all large hourly matters and class actions:

| NAME | | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Amelia Newton | (A) | 1,217.75 | 525 | $639,318.75 |
| Ashley Bump | (A) | 908.75 | 275 | $249,906.25 |
| Heather Couch | (A) | 316.50 | 275 | $87,037.50 |
| Heidi VonderHeide | (A) | 195.25 | 350 | $68,337.50 |
| Kristina Wolter | (PL) | 8.00 | 125 | $1,000.00 |
| Leigh Lasky | (M) | 181.75 | 895 | $162,666.25 |
| Norman Rifkind | (M) | 112.75 | 695 | $78,361.25 |
| Marta Fischl | (A) | 2,887.60 | 275 | $794,090.00 |
| **TOTAL:** | | **5,828.35** | | ***$2,080,717.50*** |

(M) Member
(A) Attorney
(PL) Paralegal

5. My firm seeks an award of $3,301.42 in expenses and charges in connection with the prosecution of the litigation.

6. These expenses were incurred as follows: (1) $155.63 in Pacer and Lexis research expenses; (2) $2,697.04 in travel expenses for lawyers travelling to and from San Diego for document review training and meeting with Lead Counsel; and (3) $448.75 in photocopy costs.

7. The expenses pertaining to this case are reflected in the books and records of this firm. These books and records are prepared from receipts, expense vouchers, check records and other documents and are an accurate record of the expenses.

1015077_1

8.  The identification and background of my firm and its members is attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of April, 2015, at Chicago, Illinois.

_____
LEIGH R. LASKY

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 6, 2015.

s/ HENRY ROSEN
HENRY ROSEN

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: HenryR@rgrdlaw.com

# Mailing Information for a Case 1:10-cv-03864-AKH

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael Scott Bailey**
  michael.bailey@skadden.com

- **Sidney Bashago**
  sidney.bashago@dpw.com,jennifer.kan@davispolk.com,ecf.ct.papers@davispolk.com

- **Sheila L. Birnbaum**
  sheilabirnbaum@quinnemanuel.com

- **George Anthony Borden**
  gborden@wc.com

- **Kevin Anthony Burke**
  kaburke@sidley.com,nyefiling@sidley.com,efilingnotice@sidley.com

- **Michael Barry Carlinsky**
  michaelcarlinsky@quinnemanuel.com,brantkuehn@quinnemanuel.com,jomairecrawford@quinnemanuel.com

- **Lauren Kristina Collogan**
  lcollogan@wc.com

- **Patrick Daniel Curran**
  patrickcurran@quinnemanuel.com,justinemanzano@quinnemanuel.com

- **Keir Nicholas Dougall**
  kdougall@dougallpc.com

- **Michael Joseph Dowd**
  miked@rgrdlaw.com,debg@rgrdlaw.com,e_file_sd@rgrdlaw.com,tome@rgrdlaw.com

- **Alexander C Drylewski**
  alexander.drylewski@skadden.com

- **Charles S. Duggan**
  charles.duggan@dpw.com,ecf.ct.papers@davispolk.com

- **Steven M.. Farina**
  sfarina@wc.com

- **Jason A. Forge**
  jforge@rgrdlaw.com,tholindrake@rgrdlaw.com,e_file_SD@rgrdlaw.com

- **Ross Bradley Galin**
  rgalin@omm.com,mochoa@omm.com,neverhart@omm.com,lisachen@omm.com

- **Gary John Hacker**
  ghacker@skadden.com

- **James R. Harper**
  coljamesrharper@me.com

- **Howard E. Heiss**
  hheiss@omm.com,#nymanagingattorney@omm.com

- **Paul T. Hourihan**
  phourihan@wc.com

- **James M. Hughes**
  jhughes@motleyrice.com,kweil@pacernotice.com,mgruetzmacher@motleyrice.com,erichards@motleyrice.com,kweil@motleyrice.com

- **Jay B. Kasner**
  jkasner@skadden.com

- Joe Kendall
  administrator@kendalllawgroup.com,jkendall@kendalllawgroup.com,hlindley@kendalllawgroup.com

- Brant Duncan Kuehn
  brantkuehn@quinnemanuel.com

- Leigh R. Lasky
  lasky@laskyrifkind.com

- Hamilton Philip Lindley
  hlindley@deanslyons.com

- Ryan A. Llorens
  ryanl@rgrdlaw.com,nbear@rgrdlaw.com,kirstenb@rgrdlaw.com

- Amanda M. MacDonald
  amacdonald@wc.com

- Lori McGill
  lorialvinomcgill@quinnemanuel.com

- Matthew Melamed
  mmelamed@rgrdlaw.com

- Donald Alan Migliori
  dmigliori@motleyrice.com

- Eugene Mikolajczyk
  genem@rgrdlaw.com

- Seema Mittal
  smittal@wc.com

- Cynthia Margaret Monaco
  cmonaco@cynthiamonacolaw.com,cmmonaco@gmail.com

- Juliana Newcomb Murray
  juliana.murray@davispolk.com,lisa.hirakawa@davispolk.com,ecf.ct.papers@davispolk.com

- Scott D. Musoff
  smusoff@skadden.com,aviva.nusbaum@skadden.com

- Danielle Suzanne Myers
  dmyers@rgrdlaw.com

- William H. Narwold
  bnarwold@motleyrice.com,vlepine@motleyrice.com,ajanelle@motleyrice.com

- Ivy T. Ngo
  ingo@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Joseph G. Petrosinelli
  jpetrosinelli@wc.com

- Theodore J. Pintar
  tedp@rgrdlaw.com,e_file_sd@rgrdlaw.com

- Willow E. Radcliffe
  willowr@rgrdlaw.com,ptiffith@rgrdlaw.com

- Joseph F. Rice
  jrice@motleyrice.com

- Darren J. Robbins
  e_file_sd@rgrdlaw.com

- Daniel Prugh Roeser
  droeser@goodwinprocter.com

- **Henry Rosen**
  henryr@rgrdlaw.com,dianah@rgrdlaw.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James P. Rouhandeh**
  james.rouhandeh@dpw.com,ecf.ct.papers@davispolk.com

- **Samuel Howard Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,mblasy@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Stuart Michael Sarnoff**
  ssarnoff@omm.com

- **William E. Schurmann**
  wschurmann@wc.com

- **Trig Randall Smith**
  trigs@rgrdlaw.com,e_file_sd@rgrdlaw.com,nhorstman@rgrdlaw.com

- **Jennifer Lynn Spaziano**
  jen.spaziano@skadden.com

- **Meghan K. Spillane**
  mspillane@goodwinprocter.com,sewald@goodwinprocter.com,ttam@goodwinprocter.com

- **Richard Mark Strassberg**
  rstrassberg@goodwinprocter.com,nymanagingclerk@goodwinprocter.com

- **Mitchell M.Z. Twersky**
  mtwersky@aftlaw.com

- **John K. Villa**
  jvilla@wc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Daniel             E. Hill
Kendall Law Group, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

Catherine          J. Kowalewski
Robbins Geller Rudman & Dowd LLP (San Diego)
655 West Broadway
Suite 1900
San Diego, CA 92101

Jamie              J. McKey
Kendall Law Group, LLP
3232 McKinney Avenue
Suite 700
Dallas, TX 75204

David              C. Walton
Robbins Geller Rudman & Dowd LLP (SANDIEGO)
655 West Broadway
Suite 1900
San Diego, CA 92101
```