# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MARY K. JONES, Individually and on behalf of all others similarly situated,** )<br>)<br>)<br>**Plaintiff,** )<br>**v.** )<br>)<br>**PFIZER, INC., et al.,** )<br>**Defendants.** )<br>) | **No. 1:10-cv-03864-AKH**<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern District of New York, I, John J. Pentz, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for objector Scott W. Browne in the above-captioned action.

I am in good standing of the bars of the states of New Hampshire and Massachusetts and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: July 22, 2015

Respectfully submitted,

*/s/ John J Pentz*
John J. Pentz, Esq.
19 Widow Rites Lane
Sudbury, MA 01776
Phone: (978) 261-5725
Fax: (978) 405-5161
jjpentz3@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed via the ECF filing system on July 22, 2015, and that as a result electronic notice of the filing was served upon all attorneys of record.

*/s/ Vincent S. Verdiramo*