# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| MARY K. JONES, Individually and on behalf of all others similarly situated,<br>      Plaintiff,<br>v.<br><br>PFIZER, INC., et al.,<br>      Defendants. | ) ) ) ) ) ) ) ) ) ) | No. 1:10-cv-03864-AKH |

## DECLARATION OF JOHN J. PENTZ IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEY'S FEES

I, John J. Pentz declare:

1. I am an attorney licensed to practice in the Commonwealth of Massachusetts. I have been admitted to practice since 1992. Since 1998, I have practiced exclusively in the area of class action litigation, and since 2000 I have run my own law practice devoted to the representation of individual class members in the context of class actions.

2. I spent 29.5 hours representing my objector client in this litigation. The attached statement is a true and accurate record of the time I spent on this case.

3. My normal hourly rate is $500/hour.

4. My co-counsel Edward Cochran transmitted to me the attached statement of his hours, which appear reasonable given the time that I know he devoted to this matter.

Signed under the pains and penalties of perjury this 25th day of August 2015.

                 */s/ John J. Pentz*
                 John J. Pentz

Statement of time and expenses of John J. Pentz in *Jones v. Pfizer*

| Date | Task | Hours |
|---|---|---|
| 4/23/15 | Reviewed email from client, settlement website, notice and settlement agreement | 1.5 |
| 4/24/15 | LEXIS research into recent class action fee decisions in NY federal courts; reviewed PACER docket | 2.5 |
| 4/28/15 | Emailed Judge Kaplan cases to Edward Cochran with notes | 0.5 |
| 5/1/15 | Drafted objection | 1.5 |
| 5/4/15 | Drafted objection | 2.5 |
| 5/6/15 | Reviewed Class Counsel's Memo of law in support of fees and cases cited therein | 3.0 |
| 5/8/15 | Final revisions to objection and emailed draft to Edward Cochran and client | 1.5 |
| 5/11/15 | Reviewed client's brokerage statement for purchase and sale dates; revised objection | 0.5 |
| 5/13/15 | t/c/w Vinnie Verdiramo re: serving as local counsel; email confirming same | 0.5 |
| 5/18/15 | Reviewed notice of electronic filing; reviewed docket | 0.25 |
| 5/21/15 | Reviewed emailed letter from Michael Dowd of Robbins Geller requesting transaction records; email to client | 0.5 |
| 5/26/15 | Email to Michael Dowd attaching client's Pfizer stock purchase dox | 0.5 |
| 6/8/15 | Reviewed CC's Reply to Fee Objection and cases cited therein | 2.5 |
| 7/22/15 | Prepared PHV admission dox and emailed to local counsel | 1.0 |
| 7/23/15 | Email to client re: filing his claim | 0.25 |
| 7/30/15 | Travel from MA to NYC and attended fairness hearing | 6.0 |

| | | |
|---|---|---|
| 7/31/15 | Return travel NYC to MA | 4.0 |
| 8/11/15 | Reviewed Fee Order and emailed to Edward Cochran and client | 0.5 |

**Total JJP Hours**                                                          29.5
**Total EWC Hours (from attached sheet)**            10.5
**Total JJP Lodestar (at $500/hour)**                 **$14,750**
**Total Edward Cochran Lodestar (at $475/hour)**    **$ 4,987.50**
(from attached bill)

**Total Lodestar**                                              **$19,737.50**

| Date | Activity | Time |
|---|---|---|
| 5/8/15 | Review Memo of Law in Support of Atty Fees, plus Declarations in Support thereof | 2.8 |
| 5/9/15 | " " " " | 1.6 |
| 5/15/15 | Review draft of Objections to Atty Fees; Research; | 1.1 |
| 5/16/15 | " " " " | 1.7 |
| 6/10/15 | Review/Research Reply brief re atty fees | 2.4 |
| 6/11/15 | " " " " | 1.9 |
| | | 10.5 hours |

10.5 hours × $475/hr = $4987.50